10-20526.O1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-20526-CIV-MORENO/BROWN

BIOVAIL LABORATORIES
INTERNATIONAL SRL.,

          Plaintiff(s),

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.,
FLORIDA and WATSON PHARMA, INC.,

          Defendant(s).

_____/

## ORDER GRANTING MOTION TO CHANGE THE CASE STYLE

**THIS MATTER** is before this Court on plaintiff's Motion to Change the Case Style ...

(D.E. 85). The Court has considered the motion, noted it is not opposed, and considered all

pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby Ordered and

Adjudged  that said motion be and the same is hereby **GRANTED**. The Clerk is directed to

change the name of the plaintiff to Valeant International (Barbados) SRL.

DONE AND ORDERED in Chambers at Miami, Florida, this 3ʳᵈ day of May, 2011.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc Honorable Federico A. Moreno
    Counsel of record