UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

VALEANT INTERNATIONAL
(BARBADOS) SRL,

 Plaintiff,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.-FLORIDA,
and WATSON PHARMA, INC.

  Defendants.         /

## JOINT MOTION AND MEMORANDUM OF LAW OF PLAINTIFF AND DEFENDANTS FOR A BRIEF PRETRIAL CONFERENCE DURING OR AT THE CONCLUSION OF THE JUNE 14, 2011 CALENDAR CALL

Plaintiff Valeant International (Barbados) SRL ("Valeant") and Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. – Florida, and Watson Pharma, Inc. (collectively, "Watson")(Valeant and Watson collectively, "the Parties"), pursuant to Local Rule 16.1(c), hereby file this agreed motion for a brief pretrial conference in this matter ("Joint Motion for Pretrial Conference"). The Parties will make themselves available for a pretrial conference at the convenience of the Court, but respectfully suggest that the conference could be held in conjunction with the Calendar Call scheduled for 2:00 p.m. on June 14, 2011. The grounds supporting this Joint Motion are set forth below.

## MEMORANDUM OF LAW

This is a patent case brought pursuant to 35 U.S.C. § 355(j), commonly known as the Hatch-Waxman Act. Watson has filed two Abbreviated New Drug Applications ("ANDAs") with the United States Food & Drug Administration seeking approval to market certain pharmaceutical products. Watson does not contest that the products described in these ANDAs

infringe certain patent claims asserted by Valeant from five United States Patents, but Watson does contend that Valeant's asserted patent claims are invalid. Accordingly, the only issues to be tried are Watson's defenses and counterclaims asserting that Valeant's patent claims are invalid, on which Watson bears the burden of proof. It is anticipated that trial will take 5 to 8 days. Because this is a Hatch-Waxman case in which only injunctive relief is sought, this case will be tried to the Court rather than to a jury.

The Court has set trial for the two-week period commencing June 20, 2011 and has scheduled a Calendar Call for June 14, 2011 at 2:00 p.m. (Order Continuing Trial and Certain Pretrial Dates [DE 74].)

The Parties believe that they will be best able to present their cases efficiently to the Court at trial if they have the opportunity to discuss certain matters with the Court at a brief pretrial conference held in conjunction with the Calendar Call on June 14, 2011. At such a conference, the Parties would be prepared to address any questions the Court may have for the parties regarding the case and would respectfully seek the Court's guidance relating to the following matters:

- The presentation of evidence, including issues concerning timing and the availability of witnesses (most of whom will be traveling from outside of Florida and in some cases from overseas);
- The Court's preferences with respect to the use of depositions at trial;
- Any outstanding motions, such as motions relating to the use of technology in the Courtroom and the use of confidential information at trial, both of which the Parties intend to file with the Court shortly;
- Any briefing that the Court may wish the Parties to submit during or after trial;

- Arrangements with Court staff regarding setting up the Courtroom for trial; and
- Any other issues the Court may wish to address.

### CONCLUSION

For the foregoing reasons, the Parties jointly and respectfully request that the Court grant their Joint Motion for Pretrial Conference and that the Court conduct a brief pretrial conference either during or immediately after the calendar call of this case which is presently set for June 14, 2011, as the Court's schedule permits.  A proposed Order is attached hereto as Exhibit "A" and is being submitted by email to the Court.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I,  Norman E.B. Minnear, counsel for the Defendants,  hereby certify that I am filing this Joint Motion on behalf of all the Parties, and I further certify that I have conferred with all parties or non-parties who may be affected by the relief sought in this Joint Motion in a good faith effort to resolve the issues raised in this Joint Motion for Pretrial Conference and that counsel for Plaintiff has agreed to the relief requested in this Joint Motion for Pretrial Conference and has authorized the filing of this Joint Motion for Pretrial Conference on the Parties' behalf.

 s/Norman E.B.Minnear
Norman E.B. Minnear

Respectfully submitted,

| | |
|---|---|
| By: s/ Harley S. Tropin | By:   s/Janet T. Munn |
| Harley S. Tropin, Esq. | Janet T. Munn |
| Email:  hst@kttlaw.com | jmunn@rascoklock.com |
| Gail A. McQuilkin, Esq. | Florida Bar No. 501281 |
| Email:  gam@kttlaw.com | *RASCO KLOCK, et al.* |
| Kozyak Tropin & Throckmorton, P.A. | 283 Catalonia Avenue |
| 2525 Ponce de Leon Boulevard, 9th Floor | Suite 200 |
| Coral Gables, FL  33134 | Coral Gables, FL  33134 |
| Telephone: 305.372.1800 | Tel: 305.476.7101 |
| Facsimile: 305.372.3508 | Fax: 305.476.7102 |

CASE NO.: 10-20526-CIV-MORENO/BROWN

| | |
|---|---|
| Theresa M. Gillis, Esq.<br>Email:  tgillis@mayerbrown.com<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019<br>Telephone:  212.506.2553<br>Facsimile:  212.262.1910 | Jeffrey J. Toney, Esq.<br>Email:  jtoney@kasowitz.com<br>Kasowitz, Benson, Torres & Friedman LLP<br>1360 Peachtree Street, N.E., Suite 1150<br>Atlanta, GA  30309<br>Telephone:  404.260.6105<br>Facsimile: 404.260.6081 |
| Thomas W. Jenkins, Jr., Esq.<br>Email:  tjenkins@mayerbrown.com<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br>Telephone:  312.701.7104<br>Facsimile:  312.701.7711 | Norman E.B. Minnear, Esq.<br>Email:  jminnear@kasowitz.com<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY  10019<br>Telephone:  212.506.1742<br>Facsimile:  212.500.3563 |
| *Attorneys for Plaintiff*<br>*Valeant International (Barbados) SRL* | Darcy L. Jones, Esq.<br>Email:  djones@kasowitz.com<br>Kasowitz, Benson, Torres & Friedman LLP<br>1360 Peachtree Street, N.E., Suite 1150<br>Atlanta, GA  30309<br>Telephone:  404.260.6084<br>Facsimile:  404.393.9761 |
| | *Attorneys for Defendants Watson*<br>*Pharmaceuticals, Inc.; Watson*<br>*Laboratories, Inc. – Florida and*<br>*Watson Pharma, Inc.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    s/Janet T. Munn
              Janet T. Munn

CASE NO.:  10-20526-CIV-MORENO/BROWN

Harley S. Tropin, Esq.
Email:  hst@kttlaw.com
Gail A. McQuilkin, Esq.
Email:  gam@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL  33134
Telephone: 305.372.1800
Facsimile: 305.372.3508

Theresa M. Gillis, Esq.
Email:  tgillis@mayerbrown.com
Mayer Brown LLP
1675 Broadway
New York, NY  10019
Telephone:  212.506.2553
Facsimile:  212.262.1910

Thomas W. Jenkins, Jr., Esq.
Email:  tjenkins@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  312.701.7104
Facsimile:  312.701.7711

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

VALEANT INTERNATIONAL
(BARBADOS) SRL,

    Plaintiff,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.-FLORIDA,
and WATSON PHARMA, INC.

    Defendants.                                    /

## ORDER GRANTING JOINT MOTION OF THE
## PARTIES FOR PRETRIAL CONFERENCE

THIS CAUSE came before the Court on the Joint Motion of the Parties for a Brief Pretrial Conference during or at the conclusion of the June 14, 2011 Calendar Call ("Joint Motion for Pretrial Conference"). The Court has considered the Joint Motion for Pretrial Conference and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Pretrial Conference is Granted. The Court shall hold a pretrial conference in this matter on _____, 2011 at _____, in Courtroom _____, of the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida.

DONE AND ORDERED in chambers at Miami, Florida this ____day of _____ 2011.

                                                                           _____
                                                                           FEDERICO A. MORENO
                                                                           CHIEF UNITED STATES DISTRICT JUDGE
                                                                           SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record