UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20526-CIV-MORENO

VALEANT INTERNATIONAL (BARBADOS)
SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. - FLORIDA
and WATSON PHARMA, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR BRIEF PRETRIAL CONFERENCE

THIS CAUSE came before the Court upon the parties' Joint Motion for a Brief Pretrial Conference During or at the Conclusion of the June 14, 2011 Calendar Call (D.E. No. 88), filed on May 27, 2011.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is GRANTED. The pretrial conference shall be held in conjunction with the Calendar Call scheduled for 2:00 p.m. on June 14, 2011.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of June, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record