UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **VALEANT INTERNATIONAL (BARBADOS) SRL,** | Case 1:10-cv-20526-CIV-FAM |
| **Plaintiff/Counterclaim Defendant,** | |
| vs. | |
| **WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.— FLORIDA and WATSON PHARMA, INC.,** | |
| **Defendant/Counterclaim Plaintiff.** | |

**<u>VALEANT INTERNATIONAL (BARBADOS) SRL'S WITNESS LIST</u>**

| No. | Witness | Designation | In Person or By Deposition | Address | Summary of Expected Testimony |
|---|---|---|---|---|---|
| 1 | Richard Birtchet | May Call | By deposition | 500 Atrium Drive Somerset, NJ 08873 | Mr. Birtchet is employed by inVentiv (a contract sales organization) as the Head of its Commercialization Group. He is expected to testify regarding the matters elicited at his deposition including the sales and marketing of Aplenzin. |
| 2 | Tanya Carro | May Call | In person or by deposition | 700 Rte 202-206 N. Bridgewater, NJ 08807 | Ms. Carro is a Valeant (Biovail) marketing executive. She may testify regarding the matters elicited at her deposition. She may also testify regarding the history and business of Biovail, the sales and marketing of bupropion products and the significance of the patented products. |
| 3 | Ted Chan | May Call | In person or by deposition | 2555 Main Street Apt#1078 Irvine, CA 92614 | Mr. Chan is a former Biovail in-house IP counsel. Mr. Chan may testify regarding the matters elicited at his deposition. He may testify regarding prosecution of the asserted patents. |
| 4 | Graham Jackson | Will Call | In person | Valeant Welches, Christ Church Barbados West Indies BB17154 | Dr. Jackson is an inventor of the asserted patents. Dr. Jackson will testify regarding the matters elicited at his deposition. He will also testify regarding the history and business of Biovail; the development and technology involved in the patented inventions; the differences between the patented inventions and the prior art; the unexpected advantages of the patented inventions over prior bupropion products; and the significance of the patented products. |

| No. | Witness | Designation | In Person or By Deposition | Address | Summary of Expected Testimony |
|---|---|---|---|---|---|
| 5 | Paul Maes | Will Call | In person | Rue Grihanster 22 4870 Nessonvaux Belgium | Mr. Maes is an inventor of the asserted patents. Mr. Maes will testify regarding the matters elicited at his deposition. He will also testify regarding the history and business of Biovail; the development and technology involved in the patented inventions; the differences between the patented inventions and the prior art; the unexpected advantages of the patented inventions over prior bupropion products; and the significance of the patented products. |
| 6 | Deanne Melloy | May Call | By deposition | 55 Corporate Drive Bridgewater, NJ 08807 | Ms. Melloy is an executive for Sanofi Aventis Pharmaceuticals. Ms. Melloy may testify regarding the matters elicited at her deposition, including the sales and marketing of Aplenzin. |
| 7 | Werner Oberegger | May Call | By deposition | Pharma-Logix 22 Nancy Court, P.O. Box 779 Waterdown, ON L0R2H0 Canada | Mr. Oberegger is an inventor of the asserted patents. Mr. Oberegger may testify regarding the matters elicited at his deposition. He may testify regarding the history and business of Biovail; the development and technology involved in the patented inventions; the differences between the patented inventions and the prior art; the unexpected advantages of the patented inventions over prior bupropion products; and the significance of the patented products. |
| | | | | | |

| No. | Witness | Designation | In Person or By Deposition | Address | Summary of Expected Testimony |
|---|---|---|---|---|---|
| 8 | Peter Silverstone | Will Call | In person or by deposition | University of Alberta Edmonton, AL T6G 2R7 Canada | Dr. Silverstone is the former VP Medical and Scientific Affairs of Biovail. Dr. Silverstone will testify to matters elicited as his deposition. He will also testify regarding the development and technology involved in the patented inventions; the concerns with using bromide; and the unexpected advantages of the patented inventions over prior bupropion products. |
| 9 | Bradley Anderson (Expert Witness) | Will Call | In person | University of Kentucky College of Pharmacy A323A ASTeCC Building Lexington, KY 40506 | Dr. Anderson will testify regarding the matters set forth in his expert report and those elicited at his deposition, including the technology at issue, the skill in the art and the reasons why Watson's cited prior art and arguments do not invalidate the asserted patents. |
| 10 | Esam Dajani (Expert Witness) | May Call | In person | 1549 RFD Long Grove, IL 60047 | Dr. Dajani may testify regarding the matters set forth in his expert report and those elicited at his deposition, including the use of bromide in pharmaceuticals and potential toxicology of using bromide in pharmaceuticals. |
| 11 | J. Michael McBride (Expert Witness) | Will Call | In person | Yale University Box 208107 New Haven, CT 06520 | Dr. McBride will testify regarding the matters set forth in his expert report and those elicited at his deposition, including the technology at issue, the skill in the art and the reasons why Watson's cited prior art and arguments do not invalidate the '992 patent. |
|  |  |  |  |  |  |

| No. | Witness | Designation | In Person or By Deposition | Address | Summary of Expected Testimony |
|---|---|---|---|---|---|
| 12 | Brian Meldrum (Expert Witness) | May Call | In person | 128 Croxted Road London SE218NR UK | Dr. Meldrum may testify regarding the matters set forth in his expert report and those elicited at his deposition, including the unexpected finding that bupropion hydrobromide reduces seizures. |
| 13 | Sheldon Preskorn (Expert Witness) | May Call | In person | 4707 Cobblestone Wichita KS 67204 | Dr. Preskorn may testify regarding the matters set forth in his expert report and those elicited at his deposition, including the seizure risk with bupropion and the reduction in seizures from the use of bupropion hydrobromide versus bupropion hydrochloride. |
| 14 | Pradeep Bhadauria | May Call | By deposition | c/o Jeffrey J. Toney, Esq. 1360 Peachtree Street, N.E., Suite 1150 Atlanta, GA 30309 | Dr. Bhadauria may testify regarding the matters elicited at his deposition including Watson's development of bupropion products. |
| 15 | Andrew Boyer | May Call | By deposition | c/o Jeffrey J. Toney, Esq. 1360 Peachtree Street, N.E., Suite 1150 Atlanta, GA 30309 | Mr. Boyer may testify regarding the matters elicited at his deposition including Watson's development of bupropion products. |
| 16 | Janet Vaughan | May Call | By deposition | c/o Jeffrey J. Toney, Esq. 1360 Peachtree Street, N.E., Suite 1150 Atlanta, GA 30309 | Ms. Vaughn may testify regarding the matters elicited at her deposition including Watson's development of bupropion products. |

**Respectfully submitted,**

**KOZYAK TROPIN & THROCKMORTON, P.A.**
2525 Ponce De Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Tel: 305-372-1800 / Fax: 305-372-3508


By:   s/ Harley S. Tropin
    Harley S. Tropin, Esq. (Fla. Bar No. 241253)
    hst@kttlaw.com
    Gail A. McQuilkin, Esq. (Fla. Bar No. 969338)
    gam@kttlaw.com


**MAYER BROWN LLP**
Theresa M. Gillis, Esq.
1675 Broadway
New York, New York 10019
Email: tgillis@mayerbown.com
Telephone: 212-506-2553
Fax:        212-849-5553

**MAYER BROWN LLP**
Thomas W. Jenkins Jr., Esq.
71 S. Wacker Drive
Chicago, Illinois 60606
Email:  tjenkins@mayerbrown.com
Telephone: 312-782-0600
Fax:        312-701-7711

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day June, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:   s/ Gail A. McQuilkin_____<br>
Gail A. McQuilkin, Esq.

325500.1