UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **VALEANT INTERNATIONAL (BARBADOS) SRL,** | Case 1:10-cv-20526-CIV-FAM |
| Plaintiff/Counterclaim Defendant, | |
| vs. | |
| WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.— FLORIDA and WATSON PHARMA, INC., | |
| Defendant/Counterclaim Plaintiff. | |

### VALEANT INTERNATIONAL (BARBADOS) SRL'S EXHIBIT LIST

CASE NO: 10-20526-CIV-MORENO/BROWN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-20526-CIV-MORENO/BROWN**

## PLAINTIFF'S TRIAL EXHIBIT LIST

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 1 | 2/9/2004 | Pietro email to Maes - Salts | BIOVAIL-WAT098704-098706 |
| 2 | 3/8/2004 | E-mail from Massardo Pietro to Paul Maes et al., dated 03/08/2004 re Bup Salts & Attachment: invio sette sali.doc (BIOVAIL-WAT081376-081377) | BIOVAIL-WAT081376-081377 |
| 3 | 4/1/2004 | E-mail chain from Ashty Saleh to Paul Maes dated 04/01/2004 re Bup Salts (BIOVAIL-WAT081093) | BIOVAIL-WAT081093 |
| 4 | 8/6/2004 | E-mail chain from Werner Oberegger to Ashty Saleh et al., dated 08/06/2004 re Bupropion Salts (BIOVAIL-WAT083669) | BIOVAIL-WAT083669 |
| 5 | 9/24/2004 | E-mail chain from Paul Maes to Ashty Saleh et al. dated 09/24/2004 re HBr and tartrate bupropion salts (BIOVAIL-WAT083670) | BIOVAIL-WAT083670 |
| 6 | 11/12/2004 | Biovail Flash Report for week ending November 12, 2004; Division/Department: Research and Development/Project Management (BIOVAIL-WAT389852-389856) | BIOVAIL-WAT389852-389856 |
| 7 | | Alcohol and Seizures Presentation Slides (BIOVAIL-WAT338784-338788) | BIOVAIL-WAT338784-338788 |

CASE NO: 10-20526-CIV-MORENO/BROWN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-20526-CIV-MORENO/BROWN**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 8 | | Article by Dr. Peter Silverstone - "Safety of Multiple-Dose Once-Daily Bupropion HCl Extended-Release 450 mg Compared to Wellbutrin XL 450 mg in Normal Healthy Nonsmoking Volunteers (BIOVAIL-WAT621061-621088) | BIOVAIL-WAT621061-621088 |
| 9 | 12/22/2006 | Amended Investigational New Drug (IND) Application to include the 522 mg bupropion hydrobromide XL dated 12/22/2006 (BIOVAIL-WAT186526-186552) | BIOVAIL-WAT186526-186552 |
| 10 | 5/9/2008 | Presentation re Bupropion Hydrobromide Once-Daily Tablets (Aplenzin) prepared by Patricia Lilagan, 5/9/2008 (WATSON-BUP00766834-00766851) | WATSON-BUP00766834-00766851 |
| 11 | | Comparative dissolution profiles of Bupropion HBr XL 522 mg tablets in 0.1.NHCl versus 5, 20 & 40% of EtOH in 0.1.NHCl (BIOVAIL-WAT338272) | BIOVAIL-WAT338272 |
| 12 | | Comparative dissolution profiles of Bupropion HBr XL 522 mg tablets in 0.1.NHCl versus 5, 20 & 40% of EtOH in 0.1.NHCl (BIOVAIL-WAT338273) | BIOVAIL-WAT338273 |
| 13 | | Alcohol Dissolution Wellbutrin 150 mg XL tablet (BIOVAIL-WAT338378) | BIOVAIL-WAT338378 |

CASE NO: 10-20526-CIV-MORENO/BROWN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-20526-CIV-MORENO/BROWN**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 14 | | Welbbutrin XL NDA - 2.7.2 Summary of Clinical Pharmacology Studies (BIOVAIL-WAT576505-576531) | BIOVAIL-WAT576505-576531 |
| 15 | | Aplenzin 522mg Will be the Only Higher Dose single Pill Option Available | BIOVAIL-WAT222277-222279 |
| 16 | 5/26/2008 | Presentation-Substitutability of Generic Drug Products: Current and Future Issues in Bioequivalence prepared by Keith Gallicano, 5/26/2008 (WATSON-BUP00323944-00323976) | WATSON-BUP00323944-00323976 |
| 17 | | Presentation-Biostrategy-Points of Interest (WATSON-BUP03681631-03681644) | WATSON-BUP03681631-03681644 |
| 18 | 11/24/2009 | Watson Project Review Update (Florida) Meeting Minutes, 11/24/2009 (WATSON-BUP03671435-03671451) | WATSON-BUP03671435-03671451 |
| 19 | | Watson Spreadsheet re Products and Barriers to Market (WATSON-BUP03682717-03682822) | WATSON-BUP03682717-03682822 |
| 20 | | R&D Project Expenes Approval Form (WATSON-BUP03662059-03662060) | WATSON-BUP03662059-03662060 |
| 21 | | Watson Spreadsheet (WATSON-BUP03669315-03669355) | WATSON-BUP03669315-03669355 |
| 22 | | Watson Laboratories - Florida R&D Product Actual Spending | |

CASE NO: 10-20526-CIV-MORENO/BROWN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-20526-CIV-MORENO/BROWN**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 23 | 12/31/2008 | Watson Florida Projects Milestones, 12/31/2008 (WATSON-BUP03671551-03671558) | WATSON-BUP03671551-03671558 |
| 24 | 1/27/2009 | Email chain from Bang Xu to Suparna Mukherjee et al. dated 01/27/2009 re Bupropion XL (Wellbutrin) 300mg Pk studies on healthy subjects (WATSON-BUP00301502) | WATSON-BUP00301502 |
| 25 | 3/6/2009 | Email chain from Michael Udan to Janet Vaughn et al. dated 03/06/2009 re Bupropion HBr Launch of 348/522 mg- Request Change to RLD (WATSON-BUP00252162) | WATSON-BUP00252162 |
| 26 | 3/30/2009 | Email chain from Crawford Hite to Pradeep Bhadauria dated 03/30/2009 re Aplenzin Dissolution data for review & Attachment: Aplenzin vs Watson Dissolution.xls (WATSON-BUP00246351-00246487) | WATSON-BUP00246351-00246487 |
| 27 | 4/24/2009 | Email chain from James Lee to Francisco Blanco et al. dated 04/24/2009 re Bupropion HBr/Avilive/Polymorphism tests and specifications (WATSON-BUP03682853-03682855) | WATSON-BUP03682853-03682855 |
| 28 | 8/7/2009 | Email chain between Francisco Blanco, Michael Udan and Murntaz Shah re Bupropion HBr/Avilive/Polymorphism studies, 8/7/2009 (WATSON-BUP037016-03671021) | WATSON-BUP037016-03671021 |

CASE NO: 10-20526-CIV-MORENO/BROWN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 29 | 2/1/2008 | Bupropion Hydrobromide Technical Package prepared by Alilive, 02/00/2008 (WATSON-BUP03671024-03671101) | WATSON-BUP03671024-03671101 |
| 30 | | Watson Global Integration (WATSON-BUP00022529-00022721) | WATSON-BUP00022529-00022721 |
| 31 | 9/25/2009 | Watson Laboratories - APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE (174 mg and 348 mg) (ANDA 091500) - dated 09/25/2009 (WATSON-BUP00007410-00007414) | WATSON-BUP00007410-00007414 |
| 32 | | Watson Product Development Report for ANDA #091500 (WATSON-BUP00000735-00000874) | WATSON-BUP00000735-00000874 |
| 33 | | Watson Product Development Report for ANDA #200835 (WATSON-BUP00008826-00008949) | WATSON-BUP00008826-00008949 |
| 34 | 9/18/2009 | Watson Analytical Method Validation Report for Bupropion HBr Extended-Release Tablets, 348mg and 174mg, 9/18/2009 (WATSON-BUP00001146-00001185) | WATSON-BUP00001146-00001185 |
| 35 | | Stability Study for Bupropion Hydrobromide (Zhejiang Avilive Laboratories Co., Ltd.) (WATSON-BUP02307415-02307423) | WATSON-BUP02307415-02307423 |

CASE NO: 10-20526-CIV-MORENO/BROWN

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO.: 10-20526-CIV-MORENO/BROWN PLAINTIFF'S TRIAL EXHIBIT LIST | | | |
|---|---|---|---|
| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
| 36 | | Watson ANDA 091500 Sequence 0001-Request for In Vivo Bioequivalence Waiver (WATSON-BUP00007451-00007454) | WATSON-BUP00007451-00007454 |
| 37 | | Watson ANDA 200835 Sequence 0000-Request for In Vivo Bioequivalence Waiver (WATSON-BUP00008061-00008063) | WATSON-BUP00008061-00008063 |
| 38 | | Watson ANDA 200835, Sequence 0000-General Properties (Bupropion Hydrobromide, Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008536-00008537) | WATSON-BUP00008536-00008537 |
| 39 | | Watson ANDA 200835, Sequence 0000-Elucidation of Structure and Other Characteristics(Bupropion Hydrobromide, Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008546-00008560) | WATSON-BUP00008546-00008560 |
| 40 | | Watson ANDA 200835, Sequence 0000-Impurities (Bupropion Hydrobromide, Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008561-00008565) | WATSON-BUP00008561-00008565 |
| 41 | | Watson ANDA 200835, Sequence 0000-Batch Analysis (Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008737-00008745) | WATSON-BUP00008737-00008745 |
| 42 | | Watson ANDA 091500, Sequence 0000-Batch Analysis (Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00000675-00000680) | WATSON-BUP00000675-00000680 |

CASE NO: 10-20526-CIV-MORENO/BROWN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-20526-CIV-MORENO/BROWN**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 43 | 2/1/2009 | Accelerated Stability Data for Bupropion Hydrobromide, 02/00/2009 (WATSON-BUP00000724-00000729) | WATSON-BUP00000724-00000729 |
| 44 | | §2.3 QUALITY OVERALL SUMMARY of ANDA 091500 (WATSON-BUP00000321-00000385) | WATSON-BUP00000321-00000385 |
| 45 | | §2.3 QUALITY OVERALL SUMMARY of ANDA 200835 (WATSON-BUP00008298-00008361) | WATSON-BUP00008298-00008361 |
| 46 | | Watson Bupropion HCl ANDA-Pharmaceutical Development Section (WATSON-BUP00261415-00261469) | WATSON-BUP00261415-00261469 |
| 47 | | Watson Laboratories, Inc.-Florida ANDA 091500, Chapter 3.2.S.1.3 - General Properties for Bupropion Hydrobromide Extended-Release Tablets (WATSON-BUP00000474-00000475) | WATSON-BUP00000474-00000475 |
| 48 | 00/00/2002 | "Handbook of Pharmaceutical Salts" selected chapters, Stahl et al., (BIOVAIL-WAT737460-737477, BIOVAIL-WAT739701-739799) | BIOVAIL-WAT737460-737477 BIOVAIL-WAT739701-739799 |
| 49 | 6/7/1905 | "Toxicity form Long Acting Dextromethorphan Preparations," Delvin, K.M., et al.,Vet. Hum., 1985, (BIOVAIL-WAT740981-740983) | BIOVAIL-WAT740981-740983 |

CASE NO: 10-20526-CIV-MORENO/BROWN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-20526-CIV-MORENO/BROWN**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 50 | 6/27/1905 | "Benefical interaction between vigabatrin and valproate against seizures induced by pentylenetetrazole in mice" Cuadrado et al., Pharmacological Research 51, 489-496, 2005 (BIOVAIL-WAT739642-739651) | BIOVAIL-WAT739642-739651 |
| 51 | 6/11/1905 | "Seizures and bupropion: a review" Davidson J., J. Clin. Psychiatry (1989) 50(7):256-261, (BIOVAIL-WAT737813-737818) | BIOVAIL-WAT737813-737818 |
| 52 | | "'Bromine' accessed from www.acu-cell.com/br.html (BIOVAIL-WAT737649-737651) | BIOVAIL-WAT737649-737651 |
| 53 | 6/15/1905 | "The No-Effect Level of Sodium Bromide in Healthy Volunteers," Van Gelderen, C.E.M., et al., Human Experimental Toxicology 12: 9-14 at 13, 1993 (BIOVAIL-WAT737532-737538) | BIOVAIL-WAT737532-737538 |
| 54 | 3/1/2002 | "Bromide, the first effective antiepileptic agent," Pearce, Journal of Neurology and Psychiatry 72.3, 03-2002 (BIOVAIL-WAT737369-737371) | BIOVAIL-WAT737369-737371 |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO.: 10-20526-CIV-MORENO/BROWN

### PLAINTIFF'S TRIAL EXHIBIT LIST

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 55 | | FDA Labels for citalopram hydrobromide, darifenacin hydrobromide, dextromethorphan hydrobromide, eletriptan hydrobromide, galantamine hydrobromide, ipratropium bromide, methylnaltrexone bromide, pryidostigmine bromide, rapacuronium bromide, tiotropium bromide, Aplenzin (bupropion hydrobromide) (BIOVAIL-WAT739024-739055, BIOVAIL-WAT739085-739274) | BIOVAIL-WAT739024-739055, BIOVAIL-WAT739085-739274 |
| 56 | | Aplenzin Prescribing Information (BIOVAIL-WAT032929-032960) | BIOVAIL-WAT032929-032960 |
| 57 | | Chart of unique Aplenzin prescriptions (BIOVAIL-WAT737907) | BIOVAIL-WAT737907 |
| 58 | 12/15/2009 | Aplenzin Adverse Event Report, 12/15/2009 (BIOVAIL-WAT097115-097116) | BIOVAIL-WAT097115-097116 |
| 59 | 8/27/2009 | Aplenzin Adverse Event Report, 8/27/2009 (BIOVAIL-WAT096958-096959) | BIOVAIL-WAT096958-096959 |
| 60 | | Review of Therapeutic Equivalence Generic Bupropion XL 300 mg and Wellbutrin XL 300 mg (WATSON-BUP00677357-677361) | WATSON-BUP00677357-677361 |

CASE NO: 10-20526-CIV-MORENO/BROWN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-20526-CIV-MORENO/BROWN**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 61 | 08/2003 - 06/2010 | Excel Spreadsheet - Chart showing Bupropion Market Share (Wellbutrin, Aplenzin and Zyban) between August 2003 thourgh June 2010 (BIOVAIL-WAT209991) | BIOVAIL-WAT209991 |
| 62 | 2/23/2010 | 2010-02-23 Excerpts from Paragraph IV Notice re-Paddock Laboratories | |
| 63 | 8/18/2010 | 2010-08-18 Certification letter on behalf of Par Pharmaceutical | |
| 64 | | Accounting Information re Biovail Bupropion hydrobromide project (BIOVAIL-WAT733113) | BIOVAIL-WAT733113 |
| 65 | 6/30/2009 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for June 30, 2009 Year-to-Date (BIOVAIL-WAT115235) | BIOVAIL-WAT115235 |
| 66 | 9/30/2009 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for September 30, 2009 Year-to-Date (BIOVAIL-WAT115237) | BIOVAIL-WAT115237 |
| 67 | 12/31/2009 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for December 31, 2009 Year-to-Date (BIOVAIL-WAT115243) | BIOVAIL-WAT115243 |

CASE NO: 10-20526-CIV-MORENO/BROWN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

## PLAINTIFF'S TRIAL EXHIBIT LIST

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 68 | 3/31/2010 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for March 31, 2010 Year-to-Date (BIOVAIL-WAT115246) | BIOVAIL-WAT115246 |
| 69 | | Notes re repeating example 1 of '706 patent using HBr not HCl salt | |
| 70 | 12/7/2010 | http://www.thefreedictionary.com/p/polymorphism - Definition of 'polymorphism', dated 12/7/2010 | |
| 71 | | Notes re repeating example 1 of '706 patent using HBr not HCl salt | |
| 72 | 11/22/2010 | Defendant Watson's Objections and Responses to Plaintiff Biovail's First Set of Requests for Admissions (Set One: Nos. 1-71) | |
| 73 | | U.S. Patent Prosecution History File Wrapper of Application Number 11/993,723 (BIOVAIL-WAT741191-743463) | BIOVAIL-WAT741191-743463 |
| 74 | 9/6/2006 | R&D Review | BIOVAIL-WAT19721-19790 |
| 75 | 9/6/2006 | R&D Review | BIOVAIL-WAT19791-19836 |
| 76 | 6/10/2007 | Email chain between Peter Silverstone, Carol Chapuis, Douglas Squires, Gilbert Godin, Michel Chouinard, and Robert Ashworth re HBr | BIOVAIL-WAT594495-594505 |
| 77 | 6/11/2007 | Email chain between Carol Chapuis, Gregg Davis, Ziba Shamsi, Peter Silverstone, Gilbert Godin & Robert Ashworth re Independent Bromism Report | BIOVAIL-WAT218038-218043 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 78 | 10/9/2007 | Email chain between Carol Chapuis, Michel Chouinard, Christine Mayer, Peter Silverstone, and Sandy Macrae re HBr Safety Profile Information | BIOVAIL-WAT218362-218406 |
| 79 | 7/31/2008 | Email from Caorl Chapuis to Robert Answorth, robert Butz, Eugene Lantwicki, Okpo Eradiri, and Christine Mayer re HBr Information | BIOVAIL-WAT218647 |
| 80 | 2/8/2011 | U.S. Patent No. 7,884,136 B2 | |
| 81 | 9/15/1988 | Article by John Maddox "Crystals from first principles" | BIOVAIL-WAT743612 |
| 82 | 5/2007 | Article by Simon black, Edwin Collier, Roger Davey nd Ron Roberts "Structure, Solubility, Screening, and Synthesis of Molecular Salts" | BiOVAIL-WAT743464-743479 |
| 83 | 3/2008 | Article by Lokesh Kumar, Aeshna Amin and Arvind Bansal "Salt Selection in Drug Development" | BIOVAIL-WAT743480-743490 |
| 84 | 1982 | Article by J.B.S. Redpath and B.J. Pleuvry "Double-Blind Comparison of the Respiratory and Sedative Effects of Codeine Phosphate and (±)-Glaucine Phosphate in Human Volunteers" | BIOVAIL-WAT743491-743494 |
| 85 | 1983 | Drug Development and Industrial Pharmacy | BIOVAIL-WAT743495-743501 |
| 86 | 1974 | Drugs of Choice 1974-1975 | BIOVAIL-WAT743502-743507 |
| 87 | 9/23/2008 | Article by Andy Georgiades "Wellbutrin Generic to Get New Review" | BIOVAIL-WAT743508-743509 |
| 88 | 7/2/1996 | U.S. Patent No. 5,532,415 | BIOVAIL-WAT743510-743550 |
| 89 | 2/4/1997 | U.S. Patent No. 5,599,991 | BIOVAIL-WAT743551-743592 |
| 90 | 2/24/2004 | U.S. Patent No. 6,696,600 | BIOVAIL-WAT743593-743606 |
| 91 | 12/6/1994 | U.S. Patent No. 5,370,880 | BIOVAIL-WAT743607-743611 |

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, P.A.**
2525 Ponce De Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Tel: 305-372-1800 / Fax: 305-372-3508


By: ___s/ Harley S. Tropin_____
    Harley S. Tropin, Esq. (Fla. Bar No. 241253)
    hst@kttlaw.com
    Gail A. McQuilkin, Esq. (Fla. Bar No. 969338)
    gam@kttlaw.com


**MAYER BROWN LLP**
Theresa M. Gillis, Esq.
1675 Broadway
New York, New York 10019
Email: tgillis@mayerbown.com
Telephone: 212-506-2553
Fax:       212-849-5553

**MAYER BROWN LLP**
Thomas W. Jenkins Jr., Esq.
71 S. Wacker Drive
Chicago, Illinois 60606
Email: tjenkins@mayerbrown.com
Telephone: 312-782-0600
Fax:       312-701-7711

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day June, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: __s/ Gail A. McQuilkin__
Gail A. McQuilkin, Esq.

325500.1