UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

VALEANT INTERNATIONAL
(BARBADOS) SRL,

       Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—FLORIDA,
and WATSON PHARMA, INC.

       Defendants.                   /

### ORDER GRANTING AGREED MOTION OF JOHN L. NORTH, ESQ. TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE came before the Court on the Agreed Motion for Appearance *Pro Hac Vice* of John L. North, Esq., Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Agreed Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court has considered the Agreed Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Agreed Motion is GRANTED. John L. North, Esq. may appear and participate in this action on behalf of Defendants WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA and WATSON

PHARMA, INC. The Clerk shall provide electronic notification of all electronic filings to John L. North, Esq. at email address: jnorth@kasowitz.com.

DONE AND ORDERED in chambers, in Miami, Florida, this 14th day of June, 2011.

_____
Stephen T. Brown
Chief U.S. Magistrate Judge

Copies furnished to: Counsel of record