# CIVIL CALENDAR CALL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __**FEDERICO A. MORENO**__ Presiding

Case No. __10-20526-CIV-MORENO__   Date: __June 14, 2011__

Clerk: __Shirley Christie__   Reporter: __**Gilda Pastor-Hernandez**__

USPO: __N/A__   Interpreter: __N/A__

__Valeant International (Barbados) SRL, a/k/a Biovail Labs__ vs. __Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Watson Pharma, Inc.,__

Plaintiff(s) Counsel: __Gail McQuilkin, Esq., Harley Tropin, Esq.__

Defendant(s) Counsel: __Darcy Jones, Esq., Jeffrey Toney, Esq.__

Reason for hearing: **Calendar Call for the two-week trial period beginning:** June 14, 2011

Result of hearing: __Trial begins on June 20, 2011 at 10:45 a.m. Parties will be allowed to bring in equipment as long as parties meet with courthouse computer services department on Friday, June 17, 2011 at 3:00 p.m.__

**Trial is continued to two-week period of:** _____ @ _____

**Calendar call is set for:** _____ @ _____ **PM, written order to follow.**

MISC: _____

42 mins