UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: **10-20526-CIV-MORENO**

VALEANT INTERNATIONAL (BARBARDOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.-FLORIDA,
and WATSON PHARMA, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court during Calendar Call on **June 14, 2011**. It is

**ADJUDGED** that a bench trial shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on Tuesday, **June 21, 2011 at 10:45 a.m.** and Wednesday, **June 22, 2011 at 10:00 a.m**.

**ADJUDGED** that the Parties will have access to the courtroom prior to the trial dates to set up electronic equipment. The Parties shall meet with Courthouse staff on **June 17, 2011 at 3:00 p.m.** to assess any necessary additions to the courtroom's electronic equipment and follow Courthouse computer service department's guidance in adding any outside electronic equipment.

DONE AND ORDERED in Open Court at Miami, Florida, this 16 day of June, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record