UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20526-CIV-MORENO

VALEANT INTERNATIONAL (BARBADOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS INC., et al.,

    Defendants.
_____/

### ORDER GRANTING IN PART JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM DURING THE TRIAL

THIS CAUSE came before the Court upon the parties' Joint Motion for Leave to Bring Electronic Equipment into the Courtroom During the Trial **(D.E. 94)**, filed on **June 3, 2011**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED IN PART. The parties are permitted to bring the following equipment to Court during the trial of this case:

- (4) Presentation laptops
- (1) 4-way switching device
- (8) 6ft. VGA cables
- (12) Male/female adapters
- Blackberries only for attorneys
- Cellular phones only for attorneys

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of June, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record