**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 001 | 2/9/2004 | Pietro email to Maes - Salts | BIOVAIL-WAT098704-098706 | LA H | | EO |
| PE 002 | 3/8/2004 | E-mail from Massardo Pietro to Paul Maes et al., dated 03/08/2004 re Bup Salts & Attachment: invio sette sali.doc (BIOVAIL-WAT081376-081377) | BIOVAIL-WAT081376-081377 | LA H | | EO |
| PE 003 | 4/1/2004 | E-mail chain from Ashty Saleh to Paul Maes dated 04/01/2004 re Bup Salts (BIOVAIL-WAT081093) | BIOVAIL-WAT081093 | LA H | | MO |
| PE 004 | 8/6/2004 | E-mail chain from Werner Oberegger to Ashty Saleh et al., dated 08/06/2004 re Bupropion Salts (BIOVAIL-WAT083669) | BIOVAIL-WAT083669 | LA H | | MO |
| PE 005 | 9/24/2004 | E-mail chain from Paul Maes to Ashty Saleh et al. dated 09/24/2004 re HBr and tartrate bupropion salts (BIOVAIL-WAT083670) | BIOVAIL-WAT083670 | LA H | | MO |
| PE 006 | 11/12/2004 | Biovail Flash Report for week ending November 12, 2004; Division/Department: Research and Development/Project Management (BIOVAIL-WAT389852-389856) | BIOVAIL-WAT389852-389856 | LA H | | MO |
| PE 007 | | Alcohol and Seizures Presentation Slides (BIOVAIL-WAT338784-338788) | BIOVAIL-WAT338784-338788 | LA H | A H R INC LA | MO |
| PE 008 | | Article by Dr. Peter Silverstone - "Safety of Multiple-Dose Once-Daily Bupropion HCl Extended-Release 450 mg Compared to Wellbutrin XL 450 mg in Normal Healthy Nonsmoking Volunteers (BIOVAIL-WAT621061-621088) | BIOVAIL-WAT621061-621088 | LA H | H R | MO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

## VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al
## U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM

### PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 009 | 12/22/2006 | Amended Investigational New Drug (IND) Application to include the 522 mg bupropion hydrobromide XL dated 12/22/2006 (BIOVAIL-WAT186526-186552) | BIOVAIL-WAT186526-186552 | LA H | | MO |
| PE 010 | 5/9/2008 | Presentation re Bupropion Hydrobromide Once-Daily Tablets (Aplenzin) prepared by Patricia Lilagan, 5/9/2008 (WATSON-BUP00766834-00766851) | WATSON-BUP00766834-00766851 | LA H | | EO |
| PE 011 | | Comparative dissolution profiles of Bupropion HBr XL 522 mg tablets in 0.1.NHCl versus 5, 20 & 40% of EtOH in 0.1.NHCl (BIOVAIL-WAT338272) | BIOVAIL-WAT338272 | LA H | A INC R | EO |
| PE 012 | | Comparative dissolution profiles of Bupropion HBr XL 522 mg tablets in 0.1.NHCl versus 5, 20 & 40% of EtOH in 0.1.NHCl (BIOVAIL-WAT338273) | BIOVAIL-WAT338273 | LA H | A INC R | EO |
| PE 013 | | Alcohol Dissolution Wellbutrin 150 mg XL tablet (BIOVAIL-WAT338378) | BIOVAIL-WAT338378 | LA H | A INC R | EO |
| PE 014 | | Welbbutrin XL NDA - 2.7.2 Summary of Clinical Pharmacology Studies (BIOVAIL-WAT576505-576531) | BIOVAIL-WAT576505-576531 | LA H | INC R | EO |
| PE 015 | | Aplenzin 522mg Will be the Only Higher Dose single Pill Option Available | BIOVAIL-WAT222277-222279 | LA H | A INC | MO |
| PE 016 | 5/26/2008 | Presentation-Substitutability of Generic Drug Products: Current and Future Issues in Bioequivalence prepared by Keith Gallicano, 5/26/2008 (WATSON-BUP00323944-00323976) | WATSON-BUP00323944-00323976 | LA H | R | MO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

## VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al
## U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM

### PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 017 | | Presentation-Biostrategy-Points of Interest (WATSON-BUP03681631-03681644) | WATSON-BUP03681631-03681644 | LA H | LA R | EO |
| PE 018 | 11/24/2009 | Watson Project Review Update (Florida) Meeting Minutes, 11/24/2009 (WATSON-BUP03671435-03671451) | WATSON-BUP03671435-03671451 | LA H | R | MO |
| PE 019 | | Watson Spreadsheet re Products and Barriers to Market (WATSON-BUP03682717-03682822) | WATSON-BUP03682717-03682822 | LA H | R | MO |
| PE 020 | | R&D Project Expenes Approval Form (WATSON-BUP03662059-03662060) | WATSON-BUP03662059-03662060 | LA H | R | MO |
| PE 021 | | Watson Spreadsheet (WATSON-BUP03669315-03669355) | WATSON-BUP03669315-03669355 | LA H | R | MO |
| PE 022 | | Watson Laboratories - Florida R&D Product Actual Spending | | LA H | R | MO |
| PE 023 | 12/31/2008 | Watson Florida Projects Milestones, 12/31/2008 (WATSON-BUP03671551-03671558) | WATSON-BUP03671551-03671558 | LA H | R | MO |
| PE 024 | 1/27/2009 | Email chain from Bang Xu to Suparna Mukherjee et al. dated 01/27/2009 re Bupropion XL (Wellbutrin) 300mg Pk studies on healthy subjects (WATSON-BUP00301502) | WATSON-BUP00301502 | LA H | R INC H | MO |
| PE 025 | 3/6/2009 | Email chain from Michael Udan to Janet Vaughn et al. dated 03/06/2009 re Bupropion HBr Launch of 348/522 mg-Request Change to RLD (WATSON-BUP00252162) | WATSON-BUP00252162 | LA H | H | MO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 026 | 3/30/2009 | Email chain from Crawford Hite to Pradeep Bhadauria dated 03/30/2009 re Aplenzin Dissolution data for review & Attachment: Aplenzin vs Watson Dissolution.xls (WATSON-BUP00246351-00246487) | WATSON-BUP00246351-00246487 | LA H | H | MO |
| PE 027 | 4/24/2009 | Email chain from James Lee to Francisco Blanco et al. dated 04/24/2009 re Bupropion HBr/Avilive/Polymorphism tests and specifications (WATSON-BUP03682853-03682855) | WATSON-BUP03682853-03682855 | LA H | R H | EO |
| PE 028 | 8/7/2009 | Email chain between Francisco Blanco, Michael Udan and Murntaz Shah re Bupropion HBr/Avilive/Polymorphism studies, 8/7/2009 (WATSON-BUP037016-03671021) | WATSON-BUP037016-03671021 | LA H | R H INC | EO |
| PE 029 | 2/1/2008 | Bupropion Hydrobromide Technical Package prepared by Alilive, 02/00/2008 (WATSON-BUP03671024-03671101) | WATSON-BUP03671024-03671102 | LA H | R H | MO |
| PE 030 | | Watson Global Integration (WATSON-BUP00022529-00022721) | WATSON-BUP00022529-00022721 | LA H | R H | MO |
| PE 031 | 9/25/2009 | Watson Laboratories - APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE (174 mg and 348 mg) (ANDA 091500) - dated 09/25/2009 (WATSON-BUP00007410-00007414) | WATSON-BUP00007410-00007414 | LA H | | MO |
| PE 032 | | Watson Product Development Report for ANDA #091500 (WATSON-BUP00000735-00000874) | WATSON-BUP00000735-00000874 | LA H | | EO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
**U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM**

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 033 | | Watson Product Development Report for ANDA #200835 (WATSON-BUP00008826-00008949) | WATSON-BUP00008826-00008949 | LA H | | MO |
| PE 034 | 9/18/2009 | Watson Analytical Method Validation Report for Bupropion HBr Extended-Release Tablets, 348mg and 174mg, 9/18/2009 (WATSON-BUP00001146-00001185) | WATSON-BUP00001146-00001185 | LA H | | MO |
| PE 035 | | Stability Study for Bupropion Hydrobromide (Zhejiang Avilive Laboratories Co., Ltd.) (WATSON-BUP02307415-02307423) | WATSON-BUP02307415-02307423 | LA H | | MO |
| PE 036 | | Watson ANDA 091500 Sequence 0001- Request for In Vivo Bioequivalence Waiver (WATSON-BUP00007451-00007454) | WATSON-BUP00007451-00007454 | LA H | | MO |
| PE 037 | | Watson ANDA 200835 Sequence 0000- Request for In Vivo Bioequivalence Waiver (WATSON-BUP00008061-00008063) | WATSON-BUP00008060-00008063 | LA H | | EO |
| PE 038 | | Watson ANDA 200835, Sequence 0000- General Properties (Bupropion Hydrobromide, Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008536-00008537) | WATSON-BUP00008536-00008537 | LA H | | MO |
| PE 039 | | Watson ANDA 200835, Sequence 0000- Elucidation of Structure and Other Characteristics(Bupropion Hydrobromide, Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008546-00008560) | WATSON-BUP00008545-00008560 | LA H | | MO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 040 | | Watson ANDA 200835, Sequence 0000-Impurities (Bupropion Hydrobromide, Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008561-00008565) | WATSON-BUP00008561-00008565 | LA H | | MO |
| PE 041 | | Watson ANDA 200835, Sequence 0000-Batch Analysis (Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00008737-00008745) | WATSON-BUP00008737-00008745 | LA H | | EO |
| PE 042 | | Watson ANDA 091500, Sequence 0000-Batch Analysis (Zhejiang Apeloa Jiayuan Pharmaceutical Co., Ltd.) (WATSON-BUP00000675-00000680) | WATSON-BUP00000675-00000680 | LA H | | MO |
| PE 043 | 2/1/2009 | Accelerated Stability Data for Bupropion Hydrobromide, 02/00/2009 (WATSON-BUP00000724-00000729) | WATSON-BUP00000724-00000729 | LA H | | MO |
| PE 044 | | §2.3 QUALITY OVERALL SUMMARY of ANDA 091500 (WATSON-BUP00000321-00000385) | WATSON-BUP00000321-00000385 | LA H | | EO |
| PE 045 | | §2.3 QUALITY OVERALL SUMMARY of ANDA 200835 (WATSON-BUP00008298-00008361) | WATSON-BUP00008298-00008361 | LA H | | EO |
| PE 046 | | Watson Bupropion HCl ANDA- Pharmaceutical Development Section (WATSON-BUP00261415-00261469) | WATSON-BUP00261415-00261469 | LA H | | EO |
| PE 047 | | Watson Laboratories, Inc.-Florida ANDA 091500, Chapter 3.2.S.1.3 - General Properties for Bupropion Hydrobromide Extended-Release Tablets (WATSON-BUP00000474-00000475) | WATSON-BUP00000474-00000475 | LA H | | EO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 048 | 00/00/2002 | "Handbook of Pharmaceutical Salts" selected chapters, Stahl et al., (BIOVAIL-WAT737460-737477, BIOVAIL-WAT739701-739799) | BIOVAIL-WAT737460-737477 BIOVAIL-WAT739701-739799 | LA H | UP H | EO |
| PE 049 | 6/7/1985 | "Toxicity form Long Acting Dextromethorphan Preparations," Delvin, K.M., et al.,Vet. Hum., 1985, (BIOVAIL-WAT740981-740983) | BIOVAIL-WAT740981-740983 | LA H | | MO |
| PE 050 | 6/27/2004 | "Benefical interaction between vigabatrin and valproate against seizures induced by pentylenetetrazole in mice" Cuadrado et al., Pharmacological Research 51, 489-496, 2005 (BIOVAIL-WAT739642-739651) | BIOVAIL-WAT739642-739651 | LA H | R | MO |
| PE 051 | 6/11/1989 | "Seizures and bupropion: a review" Davidson J., J. Clin. Psychiatry (1989) 50(7):256-261, (BIOVAIL-WAT737813-737818) | BIOVAIL-WAT737813-737818 | LA H | R | EO |
| PE 052 | | "'Bromine' accessed from www.acu-cell.com/br.html (BIOVAIL-WAT737649-737651) | BIOVAIL-WAT737649-737651 | LA H | R | MO |
| PE 053 | 6/15/1993 | "The No-Effect Level of Sodium Bromide in Healthy Volunteers," Van Gelderen, C.E.M., et al., Human Experimental Toxicology 12: 9-14 at 13, 1993 (BIOVAIL-WAT737532-737538) | BIOVAIL-WAT737532-737538 | LA H | | MO |
| PE 054 | 3/1/2002 | "Bromide, the first effective antiepileptic agent," Pearce, Journal of Neurology and Psychiatry 72.3, 03-2002 (BIOVAIL-WAT737369-737371) | BIOVAIL-WAT737369-737371 | LA H | | MO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

7

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
**U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM**

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 055 | | FDA Labels for citalopram hydrobromide, darifenacin hydrobromide, dextromethorphan hydrobromide, eletriptan hydrobromide, galantamine hydrobromide, ipratropium bromide, methylnaltrexone bromide, pryidostigmine bromide, rapacuronium bromide, tiotropium bromide, Aplenzin (bupropion hydrobromide) (BIOVAIL-WAT739024-739055, BIOVAIL-WAT739085-739274) | BIOVAIL-WAT739024-739055, BIOVAIL-WAT739085-739274 | LA H | INC | MO |
| PE 056 | | Aplenzin Prescribing Information (BIOVAIL-WAT032929-032960) | WATSON-BUP03683104-3683135 | LA H | | EO |
| PE 057 | | Chart of unique Aplenzin prescriptions (BIOVAIL-WAT737907) | BIOVAIL-WAT737907 | LA H | | EO |
| PE 058 | 12/15/2009 | Aplenzin Adverse Event Report, 12/15/2009 (BIOVAIL-WAT097115-097116) | BIOVAIL-WAT097115-097116 | LA H | R H | MO |
| PE 059 | 8/27/2009 | Aplenzin Adverse Event Report, 8/27/2009 (BIOVAIL-WAT096958-096959) | BIOVAIL-WAT096958-096959 | LA H | R H | MO |
| PE 060 | | Review of Therapeutic Equivalence Generic Bupropion XL 300 mg and Wellbutrin XL 300 mg (WATSON-BUP00677357-677361) | WATSON-BUP00677357-677361 | LA H | R INC H | MO |
| PE 061 | 08/2003 - 06/2010 | Excel Spreadsheet - Chart showing Bupropion Market Share (Wellbutrin, Aplenzin and Zyban) between August 2003 thourgh June 2010 (BIOVAIL-WAT209991) | BIOVAIL-WAT209991 | LA H | | MO |
| PE 062 | 2/23/2010 | 2010-02-23 Excerpts from Paragraph IV Notice re-Paddock Laboratories | | LA H | | MO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
**U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM**

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 063 | 8/18/2010 | 2010-08-18 Certification letter on behalf of Par Pharmaceutical | | LA H | | MO |
| PE 064 | | Accounting Information re Biovail Bupropion hydrobromide project (BIOVAIL-WAT733113) | BIOVAIL-WAT222277 | LA H | R | MO |
| PE 065 | 6/30/2009 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for June 30, 2009 Year-to-Date (BIOVAIL-WAT115235) | BIOVAIL-WAT115235 | LA H | | MO |
| PE 066 | 9/30/2009 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for September 30, 2009 Year-to-Date (BIOVAIL-WAT115237) | BIOVAIL-WAT115237 | LA H | | MO |
| PE 067 | 12/31/2009 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for December 31, 2009 Year-to-Date (BIOVAIL-WAT115243) | BIOVAIL-WAT115243 | LA H | | MO |
| PE 068 | 3/31/2010 | Excel Spreadsheet - Quarterly Report for Aplenzin Sales for March 31, 2010 Year-to-Date (BIOVAIL-WAT115246) | BIOVAIL-WAT115246 | LA H | | MO |
| PE 069 | | Notes re repeating example 1 of '706 patent using HBr not HCl salt | | LA H | | EO |
| PE 070 | 12/7/2010 | definition of polymorphism<br><br>http://www.thefreedictionary.com/p/polymorphism - Definition of 'polymorphism', dated 12/7/2010 | | LA H | R | EO |
| PE 071 | | Notes re repeating example 1 of '706 patent using HBr not HCl salt | | LA H | | EO |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

9

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
**U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM**

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 072 | 11/22/2010 | Defendant Watson's Objections and Responses to Plaintiff Biovail's First Set of Requests for Admissions (Set One: Nos. 1-71) | | LA H | | MO |
| PE 073 | | U.S. Patent Prosecution History File Wrapper of Application Number 11/993,723 (BIOVAIL-WAT741191-743463) | BIOVAIL-WAT741191-743463 | LA | R | MO |
| PE 074 | 9/6/2006 | R&D Review | BIOVAIL-WAT719721-719790 | LA H | R | MO |
| PE 075 | 9/6/2006 | R&D Review | BIOVAIL-WAT719791-719836 | LA H | R | MO |
| PE 076 | 6/10/2007 | Email chain between Peter Silverstone, Carol Chapuis, Douglas Squires, Gilbert Godin, Michel Chouinard, and Robert Ashworth re HBr | BIOVAIL-WAT594495-594505 | LA H | LA R H | MO |
| PE 077 | 6/11/2007 | Email chain between Carol Chapuis, Gregg Davis, Ziba Shamsi, Peter Silverstone, Gilbert Godin & Robert Ashworth re Independent Bromism Report | BIOVAIL-WAT218038-218043 | LA H | LA R H | MO |
| PE 078 | 10/9/2007 | Email chain between Carol Chapuis, Michel Chouinard, Christine Mayer, Peter Silverstone, and Sandy Macrae re HBr Safety Profile Information | BIOVAIL-WAT218362-218406 | LA H | LA R H | MO |
| PE 079 | 7/31/2008 | Email from Caorl Chapuis to Robert Answorth, robert Butz, Eugene Lantwicki, Okpo Eradiri, and Christine Mayer re HBr Information | BIOVAIL-WAT218647 | LA H | INC R | MO |
| PE 080 | 2/8/2011 | U.S. Patent No. 7,884,136 B2 | | LA H | R | MO |
| PE 081 | 9/15/1988 | Article by John Maddox "Crystals from first principles" | BIOVAIL-WAT743612 | LA H | | MO |

EO - Expect to Offer  
MO - May Offer  
A - Authority / BE - Best Evidence  
C - Cumulative / H - Hearsay  

INC - Incomplete doc [rule 106]  
LA - Limited Admissibility [r 105]  
P - Privileged / R - Relevancy  
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 082 | 5/2007 | Article by Simon black, Edwin Collier, Roger Davey nd Ron Roberts "Structure, Solubility, Screening, and Synthesis of Molecular Salts" | BiOVAIL-WAT743464-743479 | LA H | R | MO |
| PE 083 | 3/2008 | Article by Lokesh Kumar, Aeshna Amin and Arvind Bansal "Salt Selection in Drug Development" | BIOVAIL-WAT743480-743490 | LA H | R | MO |
| PE 084 | 1982 | Article by J.B.S. Redpath and B.J. Pleuvry "Double-Blind Comparison of the Respiratory and Sedative Effects of Codeine Phosphate and (±)-Glaucine Phosphate in Human Volunteers" | BIOVAIL-WAT743491-743494 | LA H | | MO |
| PE 085 | 1983 | Drug Development and Industrial Pharmacy | BIOVAIL-WAT743495-743501 | LA H | | MO |
| PE 086 | 1974 | Drugs of Choice 1974-1975 | BIOVAIL-WAT743502-743507 | LA H | | MO |
| PE 087 | 9/23/2008 | Article by Andy Georgiades "Wellbutrin Generic to Get New Review" | BIOVAIL-WAT743508-743509 | LA H | LA R | MO |
| PE 088 | 7/2/1996 | U.S. Patent No. 5,532,415 | BIOVAIL-WAT743510-743550 | LA H | | MO |
| PE 089 | 2/4/1997 | U.S. Patent No. 5,599,991 | BIOVAIL-WAT743551-743592 | LA H | | MO |
| PE 090 | 2/24/2004 | U.S. Patent No. 6,696,600 | BIOVAIL-WAT743593-743606 | LA H | | MO |
| PE 091 | 12/6/1994 | U.S. Patent No. 5,370,880 | BIOVAIL-WAT743607-743611 | LA H | | MO |
| PE 092 | 12/2/2002 | GSK Development Proposal Update | BIOVAIL-WAT099270-099274 | LA H | H | MO |
| PE 093 | 8/24/2004 | U.S. Patent No. 6,780,871 | | | | |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H -Hearsay

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
**U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM**

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 094 | 12/1/2010 | Expert Report of Dr. Brad Anderson Regarding Validity of U.S. Patent Nos. 7,569,610, 7,563,823, 7,649,019, 7,572,935 and 7,553,992 and Exhibits thereto | | | | |
| PE 095 | 11/30/2010 | Expert Report of Esam Z. Dajani, Ph.D., FACG and Exhibits thereto | | | | |
| PE 096 | 12/1/2010 | Expert Report of Dr. James Michael McBride Regarding the Validity of U.S. Patent No. 7,553,992 and Exhibits thereto | | | | |
| PE 097 | 11/30/2010 | Expert Report of Dr. Brian Meldrum and Exhibits thereto | | | | |
| PE 098 | 12/1/2010 | Expert Report of Dr. Sheldon Preskorn and Exhibits thereto | | | | |
| PE 099 | 10/28/2010 | Expert Report of Dr. Brad Anderson Regarding Infringement and Exhibits thereto | | | | |
| PE 100 | 10/28/2010 | Expert Report of Dr. James Michael McBride Regarding Infringement of U.S. Patent No. 7,553,992 and Exhibits thereto | | | | |
| PE 101 | | Arthur I. Vogel, "A Text-Book of Practical Organic Chemistry Including Qualitative Organic Analysis", Chapter 2, (Longmans, Green and Co. Ltd., 2nd ed.) | | | | |
| PE 102 | | Arthur I. Vogel, "Vogel's Textbook of Practical Organic Chemistry", Chapter 2, (Longman Sci. & Tech., 5th ed.) | | | | |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H - Hearsay

12

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial

**VALEANT INTERNATIONAL (BARBADOS) SRL v WATSON PHARMACEUTICALS, INC., et al**
**U.S. DISTRICT COURT, S.D. FL, CASE NO. 1:10-cv-20526-FAM**

**PLAINTIFF'S 02nd AMENDED TRIAL EXHIBIT LIST**

| PLAINTIFF TRIAL EX NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBER | VALEANT OBJECTIONS | WATSON OBJECTIONS | EXPECTED OFFER / MAY OFFER |
|---|---|---|---|---|---|---|
| PE 103 | 00/00/2002 | P. Heinrich Stahl, Camille G. Wermuth (Eds.) "Handbook of Pharmaceutical Salts: Properties, Selection, and Use", Wiley-Vch | | | | |

EO - Expect to Offer
MO - May Offer
A - Authority / BE - Best Evidence
C - Cumulative / H - Hearsay

13

INC - Incomplete doc [rule 106]
LA - Limited Admissibility [r 105]
P - Privileged / R - Relevancy
UP - Unduly prejudicial