**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:  10-20526-CIV-MORENO/BROWN**

VALEANT INTERNATIONAL
(BARBADOS) SRL,

      Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—FLORIDA,
and WATSON PHARMA, INC.

      Defendants.                         /

**DEFENDANTS' NOTICE OF FILING FOR TRIAL**
**DEFENDANTS' SECOND AMENDED EXHIBIT LIST**

      Defendants hereby give notice of filing for trial, Defendants' Second Amended Exhibit

List which adds exhibits numbers D.E. #606 through D.E. #607.  Defendants' Second Amended

Exhibit List is attached hereto as Exhibit "A."

                                  Respectfully submitted,

                                  By:  s/Janet T. Munn       
                                  Janet T. Munn
                                  Email: jmunn@rascoklock.com
                                  Florida Bar No. 501281
                                  *RASCO KLOCK, et al.*
                                  283 Catalonia Avenue
                                  Suite 200
                                  Coral Gables, FL  33134
                                  Telephone: 305.476.7101
                                  Facsimile: 305.476.7102

AND

John L. North, Esq.
*(admitted pro hac vice)*
Email: jnorth@kasowitz.com
Jeffrey J. Toney, Esq.
*(admitted pro hac vice)*
Email:  jtoney@kasowitz.com
Darcy L. Jones, Esq.
*(admitted pro hac vice)*
Email:  djones@kasowitz.com
Meghan M. Rachford, Esq.
Kasowitz, Benson, Torres &
Friedman LLP
1360 Peachtree Street, N.E.,
Suite 1150
Atlanta, GA  30309
Telephone:  404.260.6105
Facsimile: 404.260.6081

AND

Norman E.B. Minnear, Esq.
*(admitted pro hac vice)*
Email:  jminnear@kasowitz.com
Kasowitz, Benson, Torres &
Friedman LLP
1633 Broadway
New York, NY  10019
Telephone:  212.506.1742
Facsimile:  212.500.3563

*Attorneys for Defendants Watson
Pharmaceuticals, Inc.; Watson
Laboratories, Inc. – Florida and
Watson Pharma, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of June 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:_____s/Janet T. Munn_____
Janet T. Munn

SERVICE LIST


By: CM/ECF

Harley S. Tropin, Esq.
Email:  hst@kttlaw.com
Gail A. McQuilkin, Esq.
Email:  gam@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL  33134
Telephone: 305.372.1800
Facsimile: 305.372.3508


Theresa M. Gillis, Esq.
Email:  tgillis@mayerbrown.com
Mayer Brown LLP
1675 Broadway
New York, NY  10019
Telephone:  212.506.2553
Facsimile:  212.262.1910


Thomas W. Jenkins, Jr., Esq.
Email:  tjenkins@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  312.701.7104
Facsimile:  312.701.7711