**United States District Court - Southern District of Florida - Miami Division**

Judge Federico A. Moreno 99 N.E. 4th Street Courtroom 4 10th floor

  

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **27** Jun 2011 11:00 AM | 12:00 PM | | 10-20526-CIV-MORENO<br>VALEANT INTERNATIONAL (BARBADOS) SRL<br>    Gail McQuilkin, Esq.<br>    Harley Tropin, Esq.<br>vs.<br>WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC. - FLORIDA and WATSON PHARMA, INC.<br>    Darcy Jones, Esq.<br>    Jeffrey Toney, Esq.<br>(▇ Trial) |

Court Reporter:   Gilda Pastor-Hernandez

Court time:   8hrs/35 minutes