UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

VALEANT INTERNATIONAL
(BARBADOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—FLORIDA,
and WATSON PHARMA, INC.

    Defendants.                                     /

## DEFENDANTS' NOTICE OF FILING
## SUMMARY OF DEPOSITION TESTIMONY OF PAUL MAES

Defendants hereby give notice of filing the summary of the deposition testimony of Paul Maes, a named inventor of each of the four patents-in-suit, which summary of deposition testimony is attached hereto as Exhibit 1.  Also attached hereto is Exhibit A to said summary of deposition.  Mr. Maes' testimony is relevant to the invalidity of all of the asserted claims of the patents-in-suit under 35 U.S.C. § 103.

Dated: June 30, 2011.                                    Respectfully submitted,

                                                                                          By:   s/Janet T. Munn
                                                                                          Janet T. Munn
                                                                                           Email: jmunn@rascoklock.com
                                                                                          Florida Bar No. 501281
                                                                                          *RASCO KLOCK, et al.*
                                                                                          283 Catalonia Avenue
                                                                                          Suite 200
                                                                                          Coral Gables, FL  33134
                                                                                          Telephone: 305.476.7101
                                                                                          Facsimile: 305.476.7102

    AND

    John L. North, Esq.
    *(admitted pro hac vice)*
    Email: jnorth@kasowitz.com
    Jeffrey J. Toney, Esq.
    *(admitted pro hac vice)*
    Email:  jtoney@kasowitz.com
    Darcy L. Jones, Esq.
    *(admitted pro hac vice)*
    Email:  djones@kasowitz.com
    Meghan M. Rachford, Esq.
    *(admitted pro hac vice)*
    Email:  mrachford@kasowitz.com
    Kasowitz, Benson, Torres &
    Friedman LLP
    1360 Peachtree Street, N.E.,
    Suite 1150
    Atlanta, GA  30309
    Telephone:  404.260.6105
    Facsimile: 404.260.6081

    AND

    Norman E.B. Minnear, Esq.
    *(admitted pro hac vice)*
    Email:  jminnear@kasowitz.com
    Kasowitz, Benson, Torres &
    Friedman LLP
    1633 Broadway
    New York, NY  10019
    Telephone:  212.506.1742
    Facsimile:  212.500.3563

    *Attorneys for Defendants Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc. – Florida and Watson Pharma, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

SERVICE LIST

By: CM/ECF

Harley S. Tropin, Esq.
Email:  hst@kttlaw.com
Gail A. McQuilkin, Esq.
Email:  gam@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL  33134
Telephone: 305.372.1800
Facsimile: 305.372.3508

Theresa M. Gillis, Esq.
Email:  tgillis@mayerbrown.com
Mayer Brown LLP
1675 Broadway
New York, NY  10019
Telephone:  212.506.2553
Facsimile:  212.262.1910

Thomas W. Jenkins, Jr., Esq.
Email:  tjenkins@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  312.701.7104
Facsimile:  312.701.7711