**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:  10-20526-CIV-MORENO/BROWN**

VALEANT INTERNATIONAL
(BARBADOS) SRL,

       Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—FLORIDA,
and WATSON PHARMA, INC.

      Defendants.                       /

**STIPULATION REGARDING ADMISSION OF**
**EXPERT REPORTS, DEPOSITION DESIGNATIONS, AND TRIAL EXHIBITS**

The parties hereby stipulate and respectfully request that the Court order the following:

1.    The following expert reports and declarations shall be admitted into evidence:

- Expert Report of **Graham Buckton, Ph.D.** and all exhibits thereto (D.E. #602);

- Expert Report of **Robert M. Adlington, Ph.D.** and all exhibits thereto (D.E. #603);

- Expert Report of **Anthony Michael Glazer, Ph.D.** and all exhibits thereto (D.E. #604);

- Expert Declaration of **Graham Buckton, Ph.D.** (D.E. #605);

- Expert Report of **Dr. Brad Anderson** and all exhibits attached thereto (P.E. #094), with the following exceptions:  page 84 of Dr. Anderson's expert report shall contain redacted text, and exhibits 11, 48-49, 57-59, 100-101, and 119 to Dr. Anderson's expert report shall be redacted in their entirety;

- Declaration of **Dr. Brad Anderson** (D.E. #344) and documents cited therein;

- Expert Report of **Esam Z. Dajani, Ph.D., FACG** and all exhibits thereto (P.E. #095);

- Expert Report of **Dr. James Michael McBride** and all exhibits thereto (P.E. #096);

- Expert Report of **Dr. Sheldon Preskorn** and all exhibits thereto (P.E. #097).

2.      The following deposition designations shall be admitted into evidence:

- Deposition Designation of **Esam Z. Dajani**, Ph.D., FACG;

- Deposition Designation of **Dr. Peter H. Silverstone**;

- Deposition Designation of **Ted Chan**;

- Deposition Designation of **Paul Maes**;

- Deposition Designation of **Tanya Carro**;

- Deposition Designation of **Richard Birtchet**;

- Deposition Designation of **Andrew Boyer**;

- Deposition Designation of **Pradeep Bhadauria**;

- Deposition Designation of **Deanne Melloy**.

3.      The Trial Exhibits identified in Table I below shall be admitted into evidence:

**Table I:  List of Admitted Trial Exhibits**

| Exhibit Number | Description |
|---|---|
| DE 001 | U.S. Patent No. 7,553,992 [Buckton Depo Ex. 13; Glazer Depo Ex. 504; McBride Depo Ex. 02; Chan Depo Ex. 070] |
| DE 002 | U.S. Patent No. 7,563,823 [Buckton Depo Ex. 12; Chan Depo Ex. 050] |
| DE 003 | U.S. Patent No. 7,569,610 [Buckton Depo Ex. 11; Chan Depo Ex. 027] |
| DE 004 | U.S. Patent No. 7,572,935 [Buckton Depo Ex. 14; Chan Depo Ex. 061] |
| DE 005 | U.S. Patent No. 7,649,019 |
| DE 010 | Examiner Interview Summary, an excerpt from the File History for U.S. Patent No. 7,569,610 [Chan Depo Ex. 022] |
| DE 012 | Excerpts from U.S. Patent File History No. 7,241,805 |
| DE 013 | Excerpts from U.S. Patent File History No. 7,553,992 |
| DE 014 | Excerpts from U.S. Patent File History No. 7,569,610 |
| DE 015 | Excerpts from U.S. Patent File History No. 7,572,935 |
| DE 016 | Excerpts from U.S. Patent File History No. 7,649,019 |
| DE 017 | Excerpts from U.S. Patent File History No. 7,653,823 |

2

| Exhibit Number | Description |
| --- | --- |
| DE 018 | File History for U.S. Patent No. 7,553,992 [Chan Depo Ex. 062] |
| DE 019 | File History for U.S. Patent No. 7,649,019 [Chan Depo Ex. 028] |
| DE 020 | File History for U.S. Patent No. 7,563,823 [Chan Depo Ex. 039] |
| DE 035 | Interview Summary, an excerpt from the File History for U.S. Patent No. 7,569,610 [Chan Depo Ex. 020] |
| DE 037 | Interview Summary, an excerpt from the File History for U.S. Patent No. 7,572,935 [Chan Depo Ex. 058] |
| DE 046 | Notice of Allowance, an excerpt from the File History for U.S. Patent No. 7,241,805 [Chan Depo Ex. 015] |
| DE 048 | Notice of Allowance, an excerpt from the File History for U.S. Patent No. 7,572,935 [Chan Depo Ex. 060] |
| DE 052 | Office Action Response, an excerpt from the File History for U.S. Patent No. 7,553,992 [Chan Depo Ex. 068] |
| DE 053 | Office Action Response, an excerpt from the File History for U.S. Patent No. 7,563,823 |
| DE 054 | Office Action Response, an excerpt from the File History for U.S. Patent No. 7,569,610 [Chan Depo Ex. 021] |
| DE 055 | Office Action Response, an excerpt from the File History for U.S. Patent No. 7,569,610 [Chan Depo Ex. 024] |
| DE 056 | Office Action Response, an excerpt from the File History for U.S. Patent No. 7,569,610 |
| DE 066 | Office Action, an excerpt from the File History for U.S. Patent No. 7,572,935 [Chan Depo Ex. 054] |
| DE 079 | U.S. Patent File History No. 7,241,805 [Chan Depo Ex. 006] |
| DE 080 | U.S. Patent File History No. 7,569,610 [Chan Depo Ex. 017] |
| DE 084 | Excerpt from NDA, NonClinical Overview [Jackson Depo Ex. 134] |
| DE 093 | Bupropion Alternate Salt Development Committee presentation [Maes Depo Ex. 206] |
| DE 094 | Bupropion Alternate Salt Development Committee presentation [Maes Depo Ex. 218] |
| DE 095 | Bupropion HBr XL 174 mg and 348 mg Tablets Development Report, Project #10121 [Oberegger Depo Ex. 106] |
| DE 096 | DRAFT Meeting minutes from the July 5, 2005 Bupropion HBr EA/XL Development Team meeting, attaching Bupropion Salt XL presentation [Maes Depo Ex. 220] |
| DE 097 | DRAFT Pharm. Sci. Meeting No. 1 Agenda [Maes Depo Ex. 217] |
| DE 098 | Email from Ashty Saleh to Paul Maes attaching Overbear Project report [Oberegger Depo Ex. 104] |

| Exhibit Number | Description |
|---|---|
| DE 099 | Email from Ashty Saleh to Pietro Massardo regarding salts [Maes Depo Ex. 209] |
| DE 100 | Email from Carol Chapuis to Stan Hull attaching independent reports and relevant articles [Silverstone Depo Ex. 092] |
| DE 101 | Email from Graham Jackson to Robert Williams attaching presentation entitled, "Scientific and Commercial Assessment of Bupropion HBr and its Combinations" [Preskorn Depo Ex. 02; Jackson Depo Ex. 140] |
| DE 102 | Email from Julie Sabourin to Paul Maes regarding Bupropion custom synthesis with Chemi [Carro Depo Ex. 215; Maes Depo Ex. 207] |
| DE 103 | Email from Mandy Gibson to Ashty Saleh, et al., regarding Minutes from March RMC [Maes Depo Ex. 219] |
| DE 104 | Email from Paul Maes to Mandy Gibson regarding Bupropion alternate salt – flash report [Maes Depo Ex. 205] |
| DE 105 | Email from Paul Maes to Werner Oberegger regarding Overbear [Maes Depo Ex. 212] |
| DE 106 | Email from Peggy Mulligan to Gilbert Godin et al. attaching first pass budgeted revenues for 2010 [Carro Depo Ex. 204] |
| DE 108 | Email from Pietro Massardo to Julie Sabourin regarding Bupropion salts [Maes Depo Ex. 208] |
| DE 109 | Email from Pietro Massardo to Paul Maes regarding salts [Maes Depo Ex. 210] |
| DE 110 | Email from Robert Williams to Paul Maes, et al., regarding draft Target Product Profile for Bupropion HBr [Maes Depo Ex. 214] |
| DE 113 | Letter from Biovail to FDA requesting a Type B Meeting regarding the NDA for Bupropion Hydrobromide Extended-Release Tablets, 150 mg and 300 mg |
| DE 115 | Meeting request from Gloria Leili to Peter Silverstone, et al., regarding review of Bupropion HBr submission soft spots [Silverstone Depo Ex. 089] |
| DE 116 | NDA #22-108, Amendment to Section 2.3 - Quality Overall Summary [Jackson Depo Ex. 133] |
| DE 119 | NDA #22-108, Section 2.5 – Clinical Overview [Jackson Depo Ex. 135] |
| DE 120 | NDA #22-108, Section 3.2.P.2 – Pharmaceutical Development [Jackson Depo Ex. 136] |
| DE 124 | Scientific and Commercial Assessment of Bupropion HBr presentation by Peter Silverstone [Silverstone Depo Ex. 087] |
| DE 125 | Abu T.M. Serajuddin, Salt Formation to Improve Solubility, 59 Adv. Drug Delivery Rev. 603-616 |
| DE 126 | C. Frances, et al., Bromism from Daily Over Intake of Bromide Salt, 41(2) J. Clin. Toxicology 181-183 |

| Exhibit Number | Description |
|---|---|
| DE 127 | Christoph Saal et al., <u>Trends in Active Pharmaceutical Ingredient Salt Selection based on Analysis of the Orange Book Database</u>, 50 J. Med. Chem. 6665-72 [Dajani Depo Ex. 02] |
| DE 128 | European Patent Application No. 0 118 036 [Buckton Depo Ex. 06; Meyer Depo Ex. 02; Maes Depo Ex. 211] |
| DE 130 | P. Heinrich Stahl, <u>Preparation of Water-Soluble Compounds Through Salt Formation</u>, Prac. Med. Chem. 601-615 (Camille G. Wermuth ed., 2d ed.) [Buckton Depo Ex. 09; Silverstone Depo Ex. 096] |
| DE 132 | Stephen M. Berge, et al., <u>Pharmaceutical Salts</u>, 66(1) J. Pharm. Sci. 1-19 [Silverstone Depo Ex. 100; Anderson Depo Ex. 04] |
| DE 133 | U.S. Patent Application Publication No. 2002/0103109 to Glick [Buckton Depo Ex. 05; Chan Depo Ex. 003] |
| DE 135 | U.S. Patent No. 3,819,706 to Mehta [Adlington Depo Ex. 03; Buckton Depo Ex. 04; Glazer Depo Ex. 506; McBride Depo Ex. 11; Chan Depo Ex. 005] |
| DE 136 | U.S. Patent No. 5,358,970 to Ruff |
| DE 137 | U.S. Patent No. 5,427,798 |
| DE 138 | U.S. Patent No. 6,110,940 |
| DE 139 | U.S. Patent No. 6,110,973 to Young [Buckton Depo Ex. 07; Glazer Depo Ex. 505; Anderson Depo Ex. 13; Chan Depo Ex. 002] |
| DE 140 | U.S. Patent No. 6,238,697 to Kumar |
| DE 141 | U.S. Patent No. 6,337,328 [Buckton Depo Ex. 08; Anderson Depo Ex. 14; Chan Depo Ex. 004] |
| DE 142 | U.S. Patent No. 6,342,496 |
| DE 143 | U.S. Patent No. 6,589,553 |
| DE 144 | Wellbutrin SR® Prescribing Information [Buckton Depo Ex. 16] |
| DE 146 | Wellbutrin XL® Prescribing Information [Chan Depo Ex. 016] |
| DE 147 | Wellbutrin® Prescribing Information |
| DE 148 | Anthony W. Peck, et al., Incidence of Seizures During Treatment with Tricyclic Antidepressant Drugs and Bupropion, 44 J. Clin. Psychiatry 197-201 |
| DE 149 | Aplenzin® Prescribing Information [Silverstone Depo Ex. 097] |
| DE 151 | B. Sangster, et al., <u>The Influence of Sodium Bromide in Man: A Study in Human Volunteers with Special Emphasis on the Endocrine and the Central Nervous System</u>, 21 Fd. Chem. Tox. 409-419 |
| DE 152 | Beatrice A. Golomb, <u>A Review of the Scientific Literature As It Pertains to Gulf War Illnesses</u>, 2 Pyridostigmine Bromide 131-143 (RAND Distribution Services) |

| Exhibit Number | Description |
|---|---|
| DE 153 | Bromide Ion (Pesticide Residues in Food: 1988 Evaluations Part II Toxicology), from inChem.org, http://www.inchem.org/documents /jmpr/jmpmono/v88pr03.htm |
| DE 154 | David G.J. Battin, et al., Neuropsychiatric Manifestations of Bromide Ingestion, 58 Post-Graduate Med. J. 523-524 |
| DE 156 | David L. Dunner, et al., A Prospective Safety Surveillance Study for Bupropion Sustained-Release in the Treatment of Depression, 59(7) J. Clin. Psychiatry 355-73 |
| DE 157 | Elisabetta Maccaroni et al., Structures from Powders: Bupropion Hydrochloride, 50 J. Pharm. Biomed. Analysis 257-61 [Glazer Depo Ex. 508] |
| DE 158 | European Patent Application No. 0 170 430 |
| DE 159 | FDA Center for Drug Evaluation and Research, Guidance for Industry M4Q: The CTD – Quality [McBride Depo Ex. 08] |
| DE 161 | Joel Bernstein, Polymorphism in Molecular Crystals, Clarendon Press [McBride Depo Ex. 07] |
| DE 162 | Jonathan Davidson, Seizures and Bupropion:  A Review, 50 J. Clin. Psychiatry 256-61 |
| DE 163 | Judith Van Wyck Fleet, et al., Overview of Clinically Significant Adverse Reactions to Bupropion, 44 J. Clin. Psychiatry 191-96 |
| DE 165 | LEXIS-NEXIS Search Results of Issued Patents with Claims Directed to Polymorphs or PXRD Results from June 27, 1995 to June 27, 2005 [Glazer Depo Ex. 510] |
| DE 166 | Lyle D. Bighley, et al., Salt Forms of Drugs and Absorption, in 13 Encyclopedia of Pharm. Tech. 453-499 (James Swarbrick et al., eds.) [Anderson Depo Ex. 05] |
| DE 168 | Manabu Nishio, et al., Blockage by Terfenadine of the Adenosine Triphosphate (ATP)-Sensitive K+ Current in Rabbit Ventricular Myocytes, 287(1) J. Pharmacology & Experimental Therapeutics 293-300 |
| DE 169 | Mark Froimowitz and Clifford George, Conformational Analysis and a Crystal Structure of Bupropion, an Antidepressant with Dopamine Reuptake Blocking Activity, 38(3) J. Chem. Info. Comp. Sci. 506-9 [Glazer Depo Ex. 507] |
| DE 170 | Gwen M. Jantzen & Joseph R. Robinson, Sustained and Controlled-Release Drug Delivery Systems, in Modern Modern Pharmaceutics 575-609 (G.S. Banker et al., eds., 3rd ed., rev. and expanded), Chapter 15 |

| Exhibit Number | Description |
|---|---|
| DE 173 | Philip L. Gould, Salt Selection for Basic Drugs, 33 Int'l J. Pharms. 201-217 [Buckton Depo Ex. 15] |
| DE 175 | R. A. Maxwell, et al., Bupropion, in 3 Pharmacological and Biochemical Properties of Drug Substances, 1-55 (Morton E. Goldberg, Ed.) |
| DE 176 | Richard J. Bastin, et al., Salt Selection and Optimisation Procedures for Pharmaceutical New Chemical Entities, 4(5) Org. Proc. Res. Dev. 427-435 [Buckton Depo Ex. 17; Anderson Depo Ex. 06] |
| DE 180 | Tutka, et al., Convulsant and Anticonvulsant Effects of Bupropion in Mice, 499 Eur. J. Pharmacol. 117-120 [Silverstone Depo Ex. 098] |
| DE 182 | U.S. Patent Application Publication No. 2010/0068270 [Glazer Depo Ex. 509 & McBride Depo Ex. 04] |
| DE 183 | U.S. Patent No. 3,117,967 |
| DE 184 | U.S. Patent No. 3,845,770 |
| DE 185 | U.S. Patent No. 3,916,899 |
| DE 186 | U.S. Patent No. 4,536,518 |
| DE 187 | U.S. Patent No. 4,576,944 |
| DE 188 | U.S. Patent No. 5,945,125 |
| DE 189 | U.S. Patent No. 6,120,803 |
| DE 190 | U.S. Patent No. 6,143,327 |
| DE 192 | U.S. Patent No. 6,440,459 |
| DE 193 | Zyban® Prescribing Information |
| DE 194 | Curriculum Vitae of Robert Michael Adlington [Adlington Depo Ex. 02] |
| DE 195 | Dr. Adlington's Laboratory Notebook (contained in Exhibit E to Dr. Adlington's expert report) |
| DE 196 | Dr. Adlington's Test Results (contained in Exhibit F to Dr. Adlington's expert report) |
| DE 197 | Information and Documents Considered by Dr. Adlington |
| DE 198 | Biovail's Justification of the Revised Drug Release Specification for Wellbutrin XL® Tablets |
| DE 199 | Curriculum Vitae of Graham Buckton Bpharm, AKC, Ph.D., DSc, Cchem, FRSC, FRPharmS [Buckton Depo Ex. 01] |
| DE 200 | Information and Documents Considered by Dr. Buckton [Buckton Depo Ex. 02] |
| DE 201 | U.S. Patent No. 7,241,805 [Chan Depo Ex. 009] |
| DE 202 | Curriculum Vitae of Anthony Michael Glazer |
| DE 203 | Diffractometer Conditions for Dr. Glazer's testing |

| Exhibit Number | Description |
|---|---|
| DE 206 | Information and Documents Considered by Dr. Glazer |
| DE 248 | Email from Carol Chapuis to Fabrice Egros regarding Bupropion HBr Product Opportunity [Carro Depo Ex. 208] |
| DE 249 | Email from Carol Chapuis to Michel Chouinard, et al. regarding Biovail's Bupropion Hydrobromide Product Opportunity [Carro Depo Ex. 209] |
| DE 250 | Email from Christine Mayer to Carol Chapuis attaching Presentation entitled, "Aplenzin Options" [Vandaele Depo Ex. 02; Carro Depo Ex. 209] |
| DE 270 | Email from Siobhan Fogarty to Wayne Kreppner et al. forwarding presentation entitled "Biovail Corporation Meeting with Forest, September 19, 2007" [Carro Depo Ex. 207] |
| DE 278 | Email from Thomas Han to Scott Smith regarding HBr Forecast – Sales Force Estimate [Carro Depo Ex. 202] |
| DE 282 | Partnership Management Presentation [Carro Depo Ex. 212] |
| DE 294 | 1.13 Annual Report - Section 5: Summary of Manufacturing Changes - Drug Substance and Drug Product |
| DE 295 | 2007, 2008, 2009 Actuals, Accruals Forecast [Bhadauria Depo Ex. 016] |
| DE 296 | 3.2.S.3 Characterization, CTD Module 3, Quality |
| DE 297 | AIF: U.S. Aplenzin Opportunity |
| DE 298 | Amendment #1: Biovail Protocol No. B04-689PK-P05P2-001 |
| DE 299 | Ammonium Bromide Drug Information, http://www.jtbaker.com/msds/ englishhtml/a5664.htm |
| DE 300 | Ammonium Chloride Drug Information, http://www.jtbaker.com/msds/ englishhtml/a5724.html |
| DE 301 | Aplenzin Labeling |
| DE 302 | Aplenzin Mock Detail Debrief - Topline Summary, presentation by Jeff Butler |
| DE 303 | Aplenzin PCP Treatment Flow Final Report, presentation by Seth Cohen |
| DE 304 | Aplenzin™, The Only Single Tablet Once-Daily Treatment for Depression at all Doses, Now Available in the United States, Medical News Today, http://www.medicalnewstoday.com/ articles/145494.php |
| DE 305 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use for Bupropion Hydrobromide Extended-Release Tablets 174mg and 348 mg |
| DE 306 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use for Bupropion Hydrobromide Extended-Release Tablets 174mg and 522 mg |

| Exhibit Number | Description |
|---|---|
| DE 307 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use for Bupropion Hydrobromide Extended-Release Tablets 348 mg |
| DE 308 | Arvind N. Narurkar, et al., Effect of Various Factors on the Corrosion and Rusting of Tooling Material Used for Tablet Manufacturing, 11(8) Drug Dev. & Indus. Pharmacy 1487-1495 |
| DE 309 | B. D. Anderson and R. A. Conradi, Predictive Relationships in the Water Solubility of Salts of a Nonsteriodal Anti-Inflammatory Drug, 74(8) J. Pharm. Scis. 815-820 |
| DE 310 | Based on a presentation by Silberstein, Stephen et al., Once-Daily, Extended-Release Divalproex Sodium for Migraine Headache Prophylaxis: A Study of Safety and Efficacy, 1(1) Advanced Stud. in Med. 27-28 |
| DE 311 | Benefits and Potential Risks of Bupropion HBr vs. Wellbutrin XL (bupropion HCl) |
| DE 312 | Biovail Corporation R&D Analytical Laboratory HPLC Test Method for the Determination of Assay and Impurities for Bupropion Drug Products |
| DE 313 | Biovail Corporation R&D Analytical Laboratory Method Validation Protocol for the HPLC Method for the Determination of Assay and Impurities in Bupropion HCl Drug Substance and Drug Products |
| DE 314 | Biovail Flash Report: Research and Development |
| DE 315 | Bradley D. Anderson and Karl P. Flora, Preparation of Water-Soluble Compounds Through Salt Formation, in The Practice of Medicinal Chemistry 739-754 (Camille G. Wermuth, ed.) [Anderson Depo Ex. 15] |
| DE 316 | Bupropion Drug Information, http://www.drugbank.ca/drugs/DB01156 |
| DE 318 | Bupropion HBr Tablets, 174mg / 348mg / 522 mg Product History/Manufacturing Process Flow presentation by Christopher Martin |
| DE 320 | Chart discussing the Accomplishments and Rationale of Wellbutrin XL® development |
| DE 321 | Co-Crystals - An Attractive Alternative for Solid Forms, http://pharmaceutical -int.com/article/co-crystals-an-attractive-alternative-for-solid-forms… |
| DE 322 | Corporate Engineering: Bupropion HCl ER FCT Sites Evaluation presentation |
| DE 323 | Crazyboards Forum on Aplenzin Bupropion Hydrobromide, http://www.crazyboards.org/ forums/index.php/topic/29131-aplenzin/ |
| DE 324 | Curriculum Vitae of Bradley D. Anderson, Ph.D. [Anderson Depo Ex. 01] |

| Exhibit Number | Description |
|---|---|
| DE 325 | Deepak Gondaliya, et al., Studies in Formulation and Pharmacotechnical Evaluation of Controlled Release Transdermal Delivery System of Bupropion, 4 AAPS PharmSciTech 1-9 |
| DE 326 | Development Product Target Product Profile for Bupropion HBr |
| DE 327 | Dharamvir Punwani et al., Dynamic Sorption by Hygroscopic Salts, 7 I & EC Process Design & Dev. 410-415 |
| DE 328 | Distribution and Supply Agreement between Biovail Laboratories International, SRL and sanofi-aventis U.S., LLC  [Chan Depo Ex. 082] |
| DE 330 | Draft of Drug Tests: Wellbutrin vs. Generic Bupropion [Bhadauria Depo Ex. 024] |
| DE 331 | Email from Adam Farkas to John Capants regarding a dedicated vacuum cleaner for Bupropion HCl |
| DE 332 | Email from Bhavesh Patel to Neil Parikh et al., regarding Bupropion pictures |
| DE 333 | Email from Carol Chapuis Canales to Heather Smith regarding Aplenzin 522mg |
| DE 334 | Email from Jack Leibel to Joshi Bindu regarding handling of diluted HCl in production |
| DE 335 | Email from Janet Vaughn to Joyce Delgaudio regarding Bupropion 150mg stability [Vaughn Depo Ex. 004] |
| DE 336 | Email from Janet Vaughn to Kathy Gershon regarding Update on Bupropion SR 150mg stability failure for unknown impurity [Vaughn Depo Ex. 005] |
| DE 337 | Email from John Lai to Oanh Nguyen regarding Bupropion Study AA44683 B07-844PK-BVF-033 |
| DE 339 | Email from Napoleon Clark to Aaron Y. Tagger regarding models of Oxycodone Naltrexone and Bupropion OD [Boyer Depo Ex. 017] |
| DE 340 | Email from Okpo Eradiri to Siobhan Barr regarding Biovail Study B07-844PK-BVF-033 revised Study Agreement for signature |
| DE 341 | Email from Rich DeVivo to Napoleon Clark regarding Aplenzin and Onsolis Peak Sales [Boyer Depo Ex. 019] |
| DE 342 | Email from Sam Swetland to Manuel Pol regarding Bupropion XL Tablets, 150mg - Lot C122590C Stability Failure |
| DE 343 | Expense Spreadsheet (illegible) provided as Exhibit 43 to Anderson Validity Expert Report |
| DE 344 | Expert Declaration of Brad Anderson, Ph.D. [Anderson Depo Ex. 17] |
| DE 345 | Glynis Davies, Changing the Salt, Changing the Drug, 266 Pharm. J. 322-323 |
| DE 346 | Handbook of Pharmaceutical Salts: Properties, Selection, and Use, Chapters 4, 5, and 12 (P. Heinrich Stahl, Camille G. Wermuth Eds.) |
| DE 347 | Information and Documents Considered by Dr. Anderson regarding Infringement [Anderson Depo Ex. 07] |
| DE 348 | Information and Documents Considered by Dr. Anderson regarding Validity [Anderson Depo Ex. 18] |

| Exhibit Number | Description |
|---|---|
| DE 349 | Information and Documents Considered by Dr. Bradley Anderson, Ph.D. |
| DE 350 | Interim Stability Report for Bupropion HBr XL 174 mg Tablets in 7s |
| DE 351 | Interim Stability Report for Bupropion HCl XL Tablet Printing 150 mg in 30s |
| DE 352 | Interim Stability Report for Bupropion HCl XL Tablet Printing 150 mg in 7s |
| DE 353 | Interim Stability Report for Bupropion XL 174 mg Tablets in 30 |
| DE 354 | J. Brun, Patient Compliance with Once-daily and Twice-daily Oral Formulations of 5-Isosorbide Mononitrate: A Comparative Study, 22 J. Internal Med. Res. 266-272 |
| DE 355 | James W. Jefferson, et al., Bupropion for Major Depressive Disorder: Pharmacokinetic and Formulation Considerations, 27 Clin. Therapeutics 1685-1695 |
| DE 356 | Laboratory Report - Impurity Analysis of Bupropion HBr Tablets |
| DE 357 | Letter from Biovail to the FDA submitting the Investigational NDA for Bupropion HBr |
| DE 358 | Lithium Bromide Drug Information, http://chemicalland21.com/industrialchem/ inorganic/ LITHIUM%20BROMIDE.htm |
| DE 359 | Lithium Chloride Drug Information, http://www.jtbaker.com/msds/ englishhtml/L6697.htm |
| DE 360 | M.L. Cotton, et al., L-649,923 - The Selection of an Appropriate Salt Form and Preparation of a Stable Oral Formulation, 109 Int'l J. Pharmaceutics 237-249 |
| DE 361 | Maurizio Fava, et al., 15 Years of Clinical Experience with Bupropion HCl: From Bupropion SR to Bupropion XL, 7(3) Primary Care Companion J. Clin. Psychiatry 106-113 |
| DE 362 | Minutes for CMC Submissions Sub-Team Meeting held on October 11, 2002 in Chantilly, VA |
| DE 363 | Nate Schultheiss and Ann Newman, Pharmaceutical Cocrystals and Their Physicochemical Properties, 9(6) Crystal Growth & Design 2950-2967 |
| DE 364 | NDA #07-9095, Module for Section 2.3.P: Drug Product QOS |
| DE 365 | NDA #22-108 Amendment to Module 3.2.P.5 - Control of Drug Product 522mg |
| DE 366 | NDA #22-108 Approval Letter |
| DE 367 | NDA #22-108, Amendment to Section 3.2.P.2 - Pharmaceutical Development |
| DE 368 | NDA #22-108, CMC Stability Update Section 3.2.P.8 |
| DE 369 | NDA #22-108, Section 2.3 - Quality Overall Summary |
| DE 370 | NDA #22-108, Section 2.5 - Clinical Overview |

| Exhibit Number | Description |
| --- | --- |
| DE 371 | NDA #22-108, Section 2.6 - Non Clinical Written and Tabulated Summaries |
| DE 372 | NDA #22-108, Section 2.7 - Clinical Summary |
| DE 373 | NDA #22-108, Section 2.7 - Clinical Summary |
| DE 374 | NDA #22-108, Section 3.2.P.5.4 to 3.2.P.5.6 - Batch Analyses, Characterization of Impurities, Justification of Specifications |
| DE 375 | NDA #22-108, Section 3.2.P.8.3 Stability Data Results and Discussion |
| DE 376 | Notice of Allowance and Fees Due for Patent Application No. 11/993,723 |
| DE 377 | Patent Cooperation Treaty Application No. WO 20101004386 A2 |
| DE 378 | Paul K. Kiptoo, et al., Transdermal Delivery of Bupropion and Its Active Metabolite, Hydroxybupropion: A Prodrug Strategy as an Alternative Approach, 98 J. Pharm. Sci. 583-594 |
| DE 379 | Paul M. O'Byrne, et al., The Aqueous Stability of Bupropion, 53 J. Pharm. Biomedical Analysis 376-381 |
| DE 380 | Physiochemical properties of Bupropion Hydrobromide |
| DE 381 | pKa Data Compiled by R. Williams |
| DE 382 | Proposed Pharmacokinetic Program for Bupropion Hydrobromide EA Tablet |
| DE 383 | R.K. Verbeeck, et al., Generic Substitution: The Use of Medicinal Products Containing Different Salts and Implications for Safety and Efficacy, 28 European J. Pharm. Sci. 1-6 |
| DE 384 | Research Study Protocol No. AA44094, Biovail Study No. B07-844-BVF-033 |
| DE 385 | Richard I. Shader, Antidepressants as Hydrobromide Salts: Are They a Cause for Concern?, 29 J. Clin. Psychopharmacology 317-318 |
| DE 386 | Scientific Assessment of Bupropion HBr and its Combinations presentation by Dr. Peter Silverstone [Silverstone Depo Ex. 086] |
| DE 387 | Scott L. Childs, et al., Crystal Engineering Approach to Forming Cocrystals of Amine Hydrochlorides with Organic Acids, Molecular Complexes of Fluoxetine Hydrochloric with Benzoic, Succinic, and Fumaric Acids, 126 J. Am. Chem. Soc. 13335-13342 |
| DE 388 | Seth A. Eisen, et al., The Effect of Prescribed Daily Dose Frequency on Patient Medication Compliance, 150 Archive Internal Med. 1881-1884 |
| DE 389 | Sodium Bromide Drug Information, http://www.jtbaker.com/msds/ englishhtml/S3170.htm |
| DE 390 | Sodium Chloride Drug Information, http://www.jtbaker.com/msds/ englishhtml/s3338.htm |
| DE 391 | Stability Data for Wellbutrin XL 150mg and 300mg Tablets |
| DE 392 | Stability Studies on Bupropion HCl LX 450mg Tablets |
| DE 393 | Steady-State Study: Bupropion HBr Enhanced Absorption (EA) |

| Exhibit Number | Description |
|---|---|
| | 300mg vs. Wellbutrin XL 300mg Tablets Study No. 3241 (B05-750PK-BUPP05) |
| DE 394 | Subsection 3.8.5 Infrared and Raman Spectometry, from Kaye & Laby Tables of Physical & Chemical Constants, http://www.kayelaby.npl.co.uk/ chemistry/3_8/3_8_5.html |
| DE 395 | Summary for Basis of Approval for NDA 18-644 |
| DE 396 | Tables of Adverse Events -- Bupropion HCl XL and Bupropion HBr XL Pharmacokinetic Studies |
| DE 397 | U.S. Patent No. 5,478,577 |
| DE 398 | U.S. Patent No. 5,874,447 |
| DE 399 | U.S. Patent No. 6,034,091 [Anderson Depo Ex. 09] |
| DE 400 | U.S. Patent No. 6,150,420 [Anderson Depo Ex. 10] |
| DE 401 | U.S. Patent No. 6,239,162 [Anderson Depo Ex. 11] |
| DE 402 | U.S. Patent No. 6,369,113 [Anderson Depo Ex. 12] |
| DE 403 | U.S. Patent No. 6,780,871 |
| DE 404 | U.S. Patent No. 7,598,271 |
| DE 405 | Updated Stability Data at 24 Months for Bupropion HBr FV0092 (stability protocol TS115) |
| DE 406 | WebMD User Reviews and Ratings for Aplenzin Oral |
| DE 407 | Wellbutrin XL Key CMC Issues |
| DE 409 | A. Balfour Selare, Bromism, 7 Scottish Med. J. 141-143 |
| DE 410 | A. Harenko, Serum Bromide Level and Its Reduction in Chronic Bromisovalum Poisoning, 56 Ann. Med. Int. Fenn. 173-176 |
| DE 411 | Alicia R. ZuWallack and Richard L ZuWallack, Tiotropium Bromide, a New, Once Daily Inhaled Anticholinergic Bronchodilator for Chronic-Obstructive Pulmonary Disease, 5 Expert Opinion Pharmacother. 1827-1835 |
| DE 412 | Ambrose L. Ranney, Cases of Epilepsy Cured without Drugs, with Explanatory Remarks Concerning the Modern Treatment of This Disease, LXXX N.Y. Med. J. & Phila. Med. J. 1057-1064 |
| DE 413 | B. Golomb, A Review of the Scientific Literature as it Pertains to Gulf War Illness: Chapter 10, National Defense Review Institute, http://www.gulflink.osd.mil/ library/randrep/pb_paper/ |
| DE 414 | B. Sangster, et al, Study of Sodium Bromide in Human Volunteers, with Special Emphasis on the Endocrine System, 1 Human & Experimental Toxicology 393-402 |
| DE 415 | Biovail Technologies Executive Summary: Study Seminar Based on Preliminary Plasma Bromide Levels after Administration of 522mg Bupropion HBr XL for 28 Days (n=29) |
| DE 416 | Bromine, http://www.acu-cell.com/br.html |
| DE 417 | Bupropion Hydrobromide Safety Assessment |

| Exhibit Number | Description |
|---|---|
| DE 418 | C. Frances, et al., Bromism from Daily Over Intake of Bromide Salt, 41 Clin. Toxicology 181-183 |
| DE 420 | Curriculum Vitae of Esam Z. Dajani, Ph.D. FACG |
| DE 421 | Daniel M. Lugassy, et al., Case Files of the Medical Toxicology Fellowship at the New York City Poison Control: Bromism: Forgotten, but Not Gone, 5 J. Med. Toxicology 151-157 |
| DE 422 | David G.J. Battin & T. Anthony Varkey, Neuropsychiatric Manifestations of Bromide Ingestion, 58 Post-Graduate Med. J. 523-524 |
| DE 423 | David M. Rothenberg, et al., Bromide Intoxication Secondary to Pyridostigmine Bromide Therapy, 263 J. Am. Med. Ass'n 1121-1122 |
| DE 424 | E.M. Spence, Medical Memoranda: Chronic Bromism, Britishm Med. J. 565-566 |
| DE 425 | Email from Siobhan Fogarty to Robert Williams regarding Bupropion HBr issues and solutions [Silverstone Depo Ex. 084] |
| DE 426 | Encyclopedia Britannica entry for Bromine from Wikisource |
| DE 427 | F.X. Rolaf van Leeuwen, et al., The Toxicology Bromide Ion, 18 CRC Critical Revs. in Toxicology 189-213 |
| DE 428 | F.X.R. van Leeuwen, et al., Toxicity of Sodium Bromide in Rats: Effects on Endocrine System and Reproduction, 21 Fd. Chem. Tox. 383-389 |
| DE 430 | Fenton B. Turck, Shock and Fatigue with Acute and Chronic (Cytost-Anticytost) Reaction, 100 Med. Rec. 713-717 |
| DE 431 | Friedlander, The History of Modern Epilepsy: The Beginning 1865-1914 155 (Green Wood Press) |
| DE 432 | P. Heinrich Stahl, et al., Biological Effects of the Drug Salt Form, in Handbook of Pharmaceutical Salts: Properties, Selection, and Use 117-134 |
| DE 433 | Heather Gloria, Dextromethorphan Effects on Brain |
| DE 434 | Information and Documents Considered by Esam Z. Dajani, Ph.D., FACG |
| DE 435 | Israel Waaks, et al., Vignette in Clinical Pathophysiology: Spurious Hyperchloremia and Hyperbicarbonatemia in a Patient Receiving Pyridostigmine Bromide Therapy for Myasthenia Gravis, 16 J. American Kidney Disease 76-79 |
| DE 436 | J. De Keyser, et al., Bromism after Prolonged Use of Carbromal, 84 Acta Neurologica Belgica 69-74 |
| DE 438 | Jose Pozuelo-Utanda, Bromism and Epilepsy, Int'l J. Neuropsychiatry 90-97 |
| DE 440 | L. Harrison Mettler, Meeting of Alienists and Neurologists for the Discussion of Mental Diseases in Their Various Phases, XXVI Ill. Med. J. 372-378 |
| DE 441 | Lexapro Prescribing Information |

| Exhibit Number | Description |
|---|---|
| DE 442 | List of Deposition and Trial Testimony from 2006 to 2010 by Esam Z. Dajani, Ph.D., FACG |
| DE 443 | Martin Rose, et al., Bromine and Iodine in 1997 UK Total Diet Study Samples, 3 J. Environmental Monitoring 361-365 |
| DE 444 | Peter A. Chyka, et al., Dextromethorphan Poisoning: An Evidence-Based Consensus Guideline for Out-of-Hospital Management, 45 Clin. Toxicology 662-677 |
| DE 445 | R.F. Barbour, Bromide Intoxication, 29 Proceedings Royal Soc'y Med. 1391-1396 |
| DE 446 | R.R. Mellette Jr., Clinical Neuro-psychiatry, S. Med. & Surgery 8-9 |
| DE 447 | Russell F. Weyher, Bromism: A Menace: Five Illustrated Case Histories, 58 J. Mich. St. Med. Soc'y 2007-2012 |
| DE 448 | Scientific Assessment of Bupropion HBr and its Combinations, presentation by Dr. Peter Silverstone [Silverstone Depo Ex. 088] |
| DE 449 | Ulf Kunze, Chronic Bromide Intoxication with a Severe Neurology Deficit, 213 J. Neurology 149-152 |
| DE 450 | Walter J. Friedlander, The Rise and Fall of Bromide Therapy in Epilepsy, 57 Archive of Neurogolgy 1782-1785 |
| DE 451 | Watson Pharmaceuticals Products Search Results |
| DE 452 | Yao-Min Hung, Bromide Intoxication by the Combination of Bromide-Containing Over-The-Counter Drug and Dextromethorphan Hydrobromide, 22 Human & Experimental Toxicology 459-461 |
| DE 453 | Analytical Chemistry Laboratory Report: X-Ray Diffraction Bupropion HBr [McBride Depo Ex. 01] |
| DE 454 | Angelo Gavezzotti, Are Crystal Structures Predictable?, 27 Acc. Chem. Res. 309-314 |
| DE 455 | Bupropion HBr deficiency letter response [McBride Depo Ex. 05] |
| DE 456 | Curriculum Vitae of James Michael McBride |
| DE 457 | David L. Musso, et al., Synthesis of Evaluation of the Antidepressant Activity of the Enantiomers of Bupropion, 5 Chirality 495-500 |
| DE 458 | Definition of "enantiomer" from http://goldbook.iupac.org/E02069-plain.html |
| DE 459 | Email from Aaron Y. Tagger to Francisco Blanco regarding Bupropion HBr/Avilive/Polymorphism studies/Watson Results/Investigation Follow-up |
| DE 461 | Email from Francisco Blanco to Pradeep Bhadauria, et al., regarding Bupropion HBr/Avilive/Polymorphism studies/Watson Results [Bhadauria Depo Ex. 035] |
| DE 463 | G.M. Day, et al., A Third Blind Test of Crystal Structure Prediction, B61 Acta Crystallographica 511-527 |
| DE 464 | Graeme M. Day, et al., Significant Progress in Predicting the Crystal Structures of Small Organic Molecules - A Report on the Fourth Blind Test, B65 Acta Crystallographica 107-125 |
| DE 465 | Information and Documents Considered by Dr. McBride |

| Exhibit Number | Description |
|---|---|
| DE 467 | Jack D. Dunitz, et al., Disappearing Polymorphs, 28 Accounts Chem. Res. 193-200 |
| DE 468 | Jerry R. Mohrig, et al., Techniques in Organic Chemistry: Miniscale, Standard Taper Microscale, and Williamson Microscale, 3 W.H. Freeman & Co. 82-83 |
| DE 469 | Jos P.M. Lommerse, et al., A Test of Crystal Structure Prediction of Small Organic Molecules, B56 Acta Crystallographica 697-714 |
| DE 470 | Mahavir Prashad, et al., Process Research and Development of a MTP Inhibitor: Another Case of Disappearing Polymorphs Upon Scale-Up, 14 Organic Process Res. and Dev. 878-882 |
| DE 471 | Materials Considered by Dr. McBride |
| DE 472 | Office Action Response, an excerpt from the File History for U.S. Patent No. 7,553,992 |
| DE 473 | Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations search results |
| DE 474 | Polymorphic Forms Study Report for Bupropion Hydrobromide, Zhejiang Avilive Laboratories Co., Ltd. [Bhadauria Depo Ex. 034] |
| DE 475 | Polymorphic Forms Study Report for Bupropion Hydrobromide, Zhejiang Avilive Laboratories Co., Ltd. [McBride Depo Ex. 12; Bhadauria Depo Ex. 033] |
| DE 477 | Results of Search in US Patent Collection db for: (ACLM/xrd AND ISD/20000627->20050627):43 patents |
| DE 478 | Results of Search in US Patent Collection database for: (((ACLM/polymorph OR ACLM/pxrd) OR ACLM/rxd) AND ISD/19950627->20000627):66 patents and Results of Search in US Patent Collection database for: (((ACLM/polymorph OR ACLM/pxrd) OR ACLM/rxd) AND ISD/20000627->20050627):161 patents |
| DE 479 | Results of Search in US Patent Collection database for: (((ACLM/polymorph OR ACLM/pxrd) OR ACLM/rxd) AND ISD/20050627->20100627):227 patents |
| DE 480 | Sanjay R. Chemburkar, et al., Dealing with the Impact of Ritonavir Polymorphs on the Late Stages of Bulk Drug Process Development, 4 Organic Process Res. & Dev. 413-417 |
| DE 481 | Test results of salts obtained from Chemi [McBride Depo Ex. 09] |
| DE 482 | U.S. Patent No. 6,197,798 |
| DE 483 | W.D. Sam Motherwell, et al., Crystal Structure Prediction of Small Organic Molecules: A Second Blind Test, B58 Acta Crystallographica 647-661 |
| DE 499 | A Comparison Study on the Clonic Convulsant Actions of Bupropion Hydrochloride and Bupropion Hydrobromide in Mice, Report No. BVL-BIO060915 for Biovail |
| DE 500 | A Range-finder Study on Convulsant Actions of Bupropion Hydrochloride and Bupropion Hydrobromide, Report No. BVL-BIO\060919 for Biovail |

| Exhibit Number | Description |
|---|---|
| DE 501 | Adesh K. Jain, et al., Bupropion SR vs. Placebo for Weight Loss in Obese Patients with Depressive Symptoms, 10 Obesity Re. 1049-1056 |
| DE 504 | Biovail Study Summary |
| DE 505 | Bupropion HBr Development Team July 9, 2008 Meeting Minutes [Preskorn Depo Ex. 10] |
| DE 506 | Bupropion HBr Sub-Team October 10, 2007 Meeting Minutes [Preskorn Depo Ex. 06] |
| DE 507 | Bupropion Hydrobromide Studies of CNS Effects in Animals |
| DE 508 | Chart detailing EEG Results |
| DE 509 | Clinical Study Protocol CRI08-002: Safety and Tolerability of Extended-Release Formulation of Bupropioin Hydrochloride vs. Bupropion Hydrobromide, sponsored by Biovail |
| DE 511 | Curriculum Vitae of Sheldon Harrison Preskorn, M.D. |
| DE 512 | David C. Henshall, et al., Electroencephalographic and Behavioral Convulsant Effects of Hydrobromide and Hydrochloride Salts of Bupropion in Conscious Rodents, 5 Neuropsychiatric Disease & Treatment 189-206 [Silverstone Depo Ex. 095] |
| DE 513 | David Gonzales, et al., Varenicline, an ∞4β2 Nicotinic Acetylcholine Receptor Partial Agonist, vs Sustained-Release Bupropion and Placebo for Smoking Cessation: A Randomized Controlled Trial, 296 J. Am. Med. Ass'n 47-55 |
| DE 515 | Email from Juliette T. Toure to John B. Dubeck, et al. regarding Aplenzin - Postmarketing Safety Evaluation |
| DE 518 | Entry for "depression" from Stedman's Concise Medical Dictionary for the Health Professionals 260 |
| DE 519 | FDA Drug Details for Aplenzin, http://www.accessdata.fda.gov/scripts/ cder/drugsatfda/index.cfm? fuseaction=Search.DrugDetails |
| DE 520 | Francesco Pisani, et al., Antidepressant Drugs and Seizure Susceptibility: from In Vitro Data to Clinical Practice, 40 Epilepsia 548-556 |
| DE 521 | Gaurav D. Shah, et al., Bitemporal Epileptiform Discharges Induced by Bupropion: A Case Report, 24 Clin. Neuropharmacology 304-306 |
| DE 522 | Gene R. Pesola, et al., Bupropion Seizure Proportion Among New-Onset Generalized Seizures and Drug Related Seizures Presenting to an Emergency Department, 22 J. Emergency Med. 235-239 |
| DE 523 | Glaxo-Smith Kline Study No.: B04-689PK-P05P2, entitled "A Two-Way, Steady-State, Fasting, Dosage Form Proportionality Study of 150mg Wellbutrin XL Tablets and 450mg Bupropion Extended-Release Tablets in Normal Healthy Non-Smoking Male and Female Subjects" |

17

| Exhibit Number | Description |
|---|---|
| DE 524 | Glaxo-Smith Kline Study No.: B04-696PK-P05P2, entitled "A Two-Way, Steady-State, Fasting, Dosage Form Proportionality Study of 150mg Wellbutrin XL Tablets and 450mg Bupropion Extended-Release Tablets in Normal Healthy Non-Smoking Male and Female Subjects" |
| DE 525 | Harrison G. Pope, et al., Electrophysiologic Abnormalities in Bulimia and Their Implications for Pharmacotherapy: A Reassessment, 8 Int'l J. Eating Disorders 191-201 |
| DE 526 | Hughes, et al., Antidepressants for Smoking Cessation, 24 Cochrane Database System Review 16 |
| DE 527 | J. Andrew Johnston, et al., A 102-Center Prospective Study of Seizure in Association with Bupropion, 52 J. Clin. Psychiatry 450-56 |
| DE 528 | Jean-Pierre Zellweger, et al., Bupropion SR vs. Placebo for Smoking Cessation in Health Care Professionals, 29 Am. J. Health Behavior 240-249 |
| DE 529 | Letter from Jason Mazzarella to Donna Porta regarding Vector One: Total Patient Tracker data for prescription fillings of Aplenzin |
| DE 530 | Martin Siepmann, et al., The Effects of Bupropion on Cognitive Functions in Healthy Subjects, 182 Psychopharmacology 597-598 |
| DE 531 | Materials Considered by Dr. Preskorn |
| DE 532 | Matthew Macaluso, et al., Twenty Percent of a Representative Sample of Patients Taking Bupropion Have Abnormal, Asymptomatic Electroencephalographic Finding, 30 J. Clin. Pyschopharmacology 1-6 |
| DE 533 | Medwatch Form FDA 3500 A regarding Bupropion 200mg and Hypnotics and Sedatives |
| DE 534 | Medwatch Form FDA 3500A regarding Aplenzin |
| DE 535 | Medwatch Form FDA 3500A regarding Aplenzin 348mg |
| DE 536 | Medwatch Form FDA 3500A regarding Aplenzin 348mg |
| DE 537 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 538 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 539 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 540 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 541 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 542 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 543 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 544 | Medwatch Form FDA 3500A regarding Aplenzin 522mg |
| DE 545 | Medwatch Form FDA 3500A regarding Aplenzin |
| DE 546 | Medwatch Form FDA 3500A regarding Aplenzin |
| DE 547 | Mitchell Nides, et al., Smoking Cessation with Varenicline, a Selective ● 4 ● 2 Nicotinic Receptor Partial Agonist: Results from a 7-Week, Radomized, Placebo- and Bupropion-Controlled Trial with 1-Year Follow-Up, 166 Archive Internal Med. 1561-1568 |

18

| Exhibit Number | Description |
|---|---|
| DE 548 | Paul Starr, et al., Incidence and Onset of Delayed Seizures after Overdoses of Extended-Release Bupropion, 27 American J. Emergency Medicine 911-915 |
| DE 549 | Peter Silverstone, et al., Administration of Bupropion Hydrobromide XL 522mg in a 36-Day Healthy Volunteer Study Supports Possible Improved Safety Profile Compared to Bupropion HCl |
| DE 550 | Peter Silverstone, et al., Healthy Volunteer Studies Suggests Possible Decreased Risk of EEG Abnormalities with Bupropion HBr Compared to Bupropion HCl |
| DE 551 | Pharmacodynamic (EEG) Results in a 2-Way Crossover, Multiple Dose, Electroencephalogram Study to Evaluate the Effects of BIOVAIL Bupropion Hydrobromide XL Tablets Compared to Bupropion Hydrochloride XL Tablets Administered in Equimolar Doses in Healthy Non-Smoking Adult Volunteers (Biovail Study No. B07-844PK-BVF-033) |
| DE 552 | Protocol: CRI-08-002 Chart detailing EEG Results |
| DE 553 | Report No. 06.456/1: Evaluation of Bupropion Hydrochloride and Bupropion Hydrobromide for Effects on the EEG Trace in the Rat |
| DE 554 | Robert L. Horne, et al., Treatment of Bulimia with Bupropion: A Multicenter Controlled Trial, 49 J. Clin. Psychiatry 262-266 |
| DE 555 | Stephen M. Berge, et al., Pharmaceutical Salts, 66(1) J. Pharm. Sci. 1-19 |
| DE 556 | Study Reports on 450mg Bupropion HCl once-per day: Doses of 450mg Bupropion HCl once-per-day increase the risk for grand-mal epileptic seizures, prepared by Peter Silversone |
| DE 557 | U.S. Patent No. 3,819,706 |
| DE 565 | Notice of Deposition of Biovail Laboratories International SRL Pursuant to Federal Rule of Civil Procedure 30(b)(6) [Chan Depo Ex. 001] |
| DE 569 | Email from Modell to Silverstone et al. re: Comments on bupropion manuscript entitled Alcohol Significantly Lowers the Seizure Threshold in Mice when Co-Administered with Bupropion Hydrochloride (includes manuscript) [Jackson Depo Ex. 127] |
| DE 576 | Biovail Development Committee Program Reviews Meeting Minutes [Maes Depo Ex. 204] |
| DE 577 | Email from Alemayehu to Williams [Maes Depo Ex. 215] |
| DE 578 | Joint CMC/Manufacturing Face-to-Face Meeting [Maes Depo Ex. 203] |
| DE 579 | Joint Development Team (JDT) Meeting Minutes [Maes Depo Ex. 202] |
| DE 580 | Minutes of Meeting with Firm [Maes Depo Ex. 201] |
| DE 581 | Overbear Project Report [Maes Depo Ex. 213; Buckton Depo Ex. 057] |
| DE 587 | Email regarding rodent studies draft manuscript [Silverstone Depo Ex. 093] |

| Exhibit Number | Description |
|---|---|
| DE 602 | Expert Report of Graham Buckton, Ph.D and the exhibits attached thereto |
| DE 603 | Expert Report of Robert M. Adlington, Ph.D and the exhibits attached thereto |
| DE 604 | Expert Report of AnthonyMichael Glazer, Ph.D. and the exhibits attached thereto |
| DE 605 | Expert Declaration of Graham Buckton, Ph.D. |
| PE 007 | Alcohol and Seizures Presentation Slides (BIOVAIL-WAT338784-338788) |
| PE 008 | Article by Dr. Peter Silverstone - "Safety of Multiple-Dose Once-Daily Bupropion HCl Extended-Release 450 mg Compared to Wellbutrin XL 450 mg in Normal Healthy Nonsmoking Volunteers (BIOVAIL-WAT621061-621088) |
| PE 011 | Comparative dissolution profiles of Bupropion HBr XL 522 mg tablets in 0.1.NHCl versus 5, 20 & 40% of EtOH in 0.1.NHCl (BIOVAIL-WAT338272) |
| PE 012 | Comparative dissolution profiles of Bupropion HBr XL 522 mg tablets in 0.1.NHCl versus 5, 20 & 40% of EtOH in 0.1.NHCl (BIOVAIL-WAT338273) |
| PE 013 | Alcohol Dissolution Wellbutrin 150 mg XL tablet (BIOVAIL-WAT338378) |
| PE 014 | Wellbutrin XL NDA - 2.7.2 Summary of Clinical Pharmacology Studies (BIOVAIL-WAT576505-576531) |
| PE 028 | Email chain between Francisco Blanco, Michael Udan and Murntaz Shah re Bupropion HBr/Avilive/Polymorphism studies, 8/7/2009 (WATSON-BUP037016-03671021) |
| PE 048 | "Handbook of Pharmaceutical Salts" selected chapters, Stahl et al., (BIOVAIL-WAT737460-737477, BIOVAIL-WAT739701-739799) |
| PE 049 | "Toxicity form Long Acting Dextromethorphan Preparations," Delvin, K.M., et al.,Vet. Hum., 1985, (BIOVAIL-WAT740981-740983) |
| PE 053 | "The No-Effect Level of Sodium Bromide in Healthy Volunteers," Van Gelderen, C.E.M., et al., Human Experimental Toxicology 12: 9-14 at 13, 1993 (BIOVAIL-WAT737532-737538) |
| PE 054 | "Bromide, the first effective antiepileptic agent," Pearce, Journal of Neurology and Psychiatry 72.3, 03-2002 (BIOVAIL-WAT737369-737371) |

| Exhibit Number | Description |
|---|---|
| PE 055 | FDA Labels for citalopram hydrobromide, darifenacin hydrobromide, dextromethorphan hydrobromide, eletriptan hydrobromide, galantamine hydrobromide, ipratropium bromide, methylnaltrexone bromide, pryidostigmine bromide, rapacuronium bromide, tiotropium bromide, Aplenzin (bupropion hydrobromide) (BIOVAIL-WAT739024-739055, BIOVAIL-WAT739085-739274) |
| PE 062 | 2010-02-23 Excerpts from Paragraph IV Notice re-Paddock Laboratories |
| PE 063 | 2010-08-18 Certification letter on behalf of Par Pharmaceutical |
| PE 064 | Accounting Information re Biovail Bupropion hydrobromide project (BIOVAIL-WAT733113) |
| PE 081 | Article by John Maddox "Crystals from first principles" |
| PE 082 | Article by Simon Black, Edwin Collier, Roger Davey and Ron Roberts "Structure, Solubility, Screening, and Synthesis of Molecular Salts" |
| PE 094 | Expert Report of Dr. Brad Anderson Regarding Validity of U.S. Patent Nos. 7,569,610, 7,563,823, 7,649,019, 7,572,935 and 7,553,992 and Exhibits thereto |
| PE 095 | Expert Report of Esam Z. Dajani, Ph.D., FACG and Exhibits thereto |
| PE 096 | Expert Report of Dr. James Michael McBride Regarding the Validity of U.S. Patent No. 7,553,992 and Exhibits thereto |
| PE 098 | Expert Report of Dr. Sheldon Preskorn and Exhibits thereto |
| PE 102 | Arthur I. Vogel, "Vogel's Textbook of Practical Organic Chemistry", Chapter 2, (Longman Sci. & Tech., 5th ed.) |
| PE 103 | P. Heinrich Stahl, Camille G. Wermuth (Eds.) "Handbook of Pharmaceutical Salts: Properties, Selection, and Use", Wiley-Vch |
| PE 104 | Slide of Mehta and Adlington Notebook |

Dated:  July 29, 2011

By:   _s/ Gail. A. McQuilkin_____

Gail A. McQuilkin
Florida Bar No. 969338
Harley S. Tropin
Florida Bar No. 241253
*KOZYAK TROPIN & THROCKMORTON*
2525 Ponce de Leon, 9th Floor
Miami, Florida 33134
Telephone:  305.372.1800
Fax:  305.372.3508
Email:   hst@kktlaw.com
Email:   gam@kktlaw.com

By:   _s/Janet T. Munn_____

Janet T. Munn
Email: jmunn@rascoklock.com
Florida Bar No. 501281
283 Catalonia Avenue
Suite 200
Coral Gables, FL  33134
Telephone: 305.476.7101
Facsimile: 305.476.7102

AND

AND

By:   s/Thomas W. Jenkins, Jr.
*MAYER BROWN LLP*
Theresa M. Gillis, Esq. *(admitted pro hac vice)*
1675 Broadway
New York, New York 10019
Email:  tgillis@mayerbrown.com
Telephone:  212.506.2553
Fax:  212.849.5553

AND

Thomas W. Jenkins, Jr., Esq. *(admitted pro hac vice)*
*MAYER BROWN LLP*
71 S. Wacker Drive
Chicago, Illinois 60606
Email:  tjenkins@mayerbrown.com
Telephone:  312.782.0600
Fax:  312.701.7711

*Attorneys for Valeant International (Barbados) SRL*

By:   s/Norman E.B. Minnear
John L. North, Esq. *(admitted pro hac vice)*
Email:  jnorth@kasowitz.com
Jeffrey J. Toney, Esq. *(admitted pro hac vice)*
Email:  jtoney@kasowitz.com
Darcy L. Jones, Esq. *(admitted pro hac vice)*
Email:  djones@kasowitz.com
Meghan M. Rachford, Esq. *(admitted pro hac vice)*
Email:  mrachford@kasowitz.com
*KASOWITZ, BENSON, TORRES & FRIEDMAN LLP*
1360 Peachtree Street, N.E.,
Suite 1150
Atlanta, GA  30309
Telephone:  404.260.6080
Facsimile: 404.260.6081

AND

Norman E.B. Minnear, Esq.
*(admitted pro hac vice)*
Email:  jminnear@kasowitz.com
*KASOWITZ, BENSON, TORRES & FRIEDMAN LLP*
1633 Broadway
New York, New York 10019
Telephone:  212.506.1700
Fax:  202.506.1800

*Attorneys for Defendants Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc. – Florida and Watson Pharma, Inc.*

SO ORDERED in chambers at Miami, Florida this ___ day of July, 2011.

_____
Federico A. Moreno
Chief Judge
United States District Court
Southern District of Florida

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of July 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:      s/Janet T. Munn
            Janet T. Munn

<u>SERVICE LIST</u>

By: <u>CM/ECF</u>

Harley S. Tropin, Esq.
Email:  hst@kttlaw.com
Gail A. McQuilkin, Esq.
Email:  gam@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL  33134
Telephone: 305.372.1800
Facsimile: 305.372.3508

Theresa M. Gillis, Esq.
Email:  tgillis@mayerbrown.com
Mayer Brown LLP
1675 Broadway
New York, NY  10019
Telephone:  212.506.2553
Facsimile:  212.262.1910

Thomas W. Jenkins, Jr., Esq.
Email:  tjenkins@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  312.701.7104
Facsimile:  312.701.7711