UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20526-CIV-MORENO/BROWN

VALEANT INTERNATIONAL
(BARBADOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—FLORIDA,
and WATSON PHARMA, INC.

    Defendants.                            /

## NOTICE OF FILING WRITTEN CLOSING ARGUMENT OF DEFENDANTS WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA AND WATSON PHARMA, INC.

Defendants Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.-Florida and Watson Pharma, Inc., hereby give notice of filing their Written Closing Argument, attached hereto as Exhibit "1," as directed by the Court.

Dated: July 29, 2011.                                          Respectfully submitted,

                                                                   By:   s/Janet T. Munn
                                                                   Janet T. Munn
                                                                   Email: jmunn@rascoklock.com
                                                                   Florida Bar No. 501281
                                                                   *RASCO KLOCK, et al.*
                                                                   283 Catalonia Avenue
                                                                   Suite 200
                                                                   Coral Gables, FL  33134
                                                                   Telephone: 305.476.7101
                                                                   Facsimile: 305.476.7102

                                                                   AND

2

By:  s/John L. North
John L. North, Esq.
*(admitted pro hac vice)*
Email: jnorth@kasowitz.com
Jeffrey J. Toney, Esq.
*(admitted pro hac vice)*
Email:  jtoney@kasowitz.com
Darcy L. Jones, Esq.
*(admitted pro hac vice)*
Email:  djones@kasowitz.com
Meghan M. Rachford, Esq.
*(admitted pro hac vice)*
Email: mrachford@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, GA  30309
Telephone:  404.260.6105
Facsimile: 404.260.6081

AND

Norman E.B. Minnear, Esq.
*(admitted pro hac vice)*
Email:  jminnear@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
Telephone:  212.506.1742
Facsimile:  212.500.3563

*Attorneys for Defendants Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc. – Florida and Watson Pharma, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     s/Janet T. Munn
       Janet T. Munn

SERVICE LIST

By: CM/ECF

Harley S. Tropin, Esq.
Email:  hst@kttlaw.com
Gail A. McQuilkin, Esq.
Email:  gam@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL  33134
Telephone: 305.372.1800
Facsimile: 305.372.3508

Theresa M. Gillis, Esq.
Email:  tgillis@mayerbrown.com
Mayer Brown LLP
1675 Broadway
New York, NY  10019
Telephone:  212.506.2553
Facsimile:  212.262.1910

Thomas W. Jenkins, Jr., Esq.
Email:  tjenkins@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  312.701.7104
Facsimile:  312.701.7711