# APPENDIX "A"

APPENDIX A

| | Representative Claims of the Patents-in-Suit |
|---|---|
| '610 Patent | 1. *A method of treating depression, comprising administering an effective amount of bupropion hydrobromide to treat depression to a subject in need thereof.* [1] |
| | 3. The method according to claim 1, wherein said method comprises administration of a once-daily dosage of bupropion hydrobromide. |
| '992 Patent | 1. A crystalline compound of the formula:<br><br>[chemical structure: 3-chlorophenyl ketone with $H_2N^+$-$C(CH_3)_3$ and $Br^-$]<br><br>having the powder X-ray diffraction pattern shown in FIG. 54. |
| '823 Patent | 1. *A controlled release matrix comprising bupropion hydrobromide dispersed within a matrix.* |
| | 9. The controlled release matrix according to claim 1, wherein said bupropion hydrobromide is present in the controlled release matrix in an amount of from 40% to 90% by weight of the matrix dry weight. |
| | 10. The controlled release matrix according to claim 1, wherein said matrix comprises at least one member selected from the group consisting of hydrophobic polymers, hydrophilic polymers, lipophilic materials and mixtures thereof. |
| '019 Patent | 2. A composition comprising bupropion hydrobromide and at least one controlled release polymer that controls the release of the bupropion hydrobromide upon administration to a patient to provide plasma concentrations of the bupropion hydrobromide within a therapeutic range over a 24 hour period. |

---

[1] Although claim 1 of the '610 patent and claim 1 of the '823 patent are not at issue, they are set forth in the claim chart for reference purposes because they are incorporated by reference into claim 3 of the '610 patent, and claims 9 and 10 of the '823 patent, respectively.