## IX.  CONCLUSION

Watson has not carried itsburden with respect to any of the claims in suit.

          Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, P.A**.
2525 Ponce De Leon Blvd., 9th Floor
Coral Gables, Florida  33134
Tel: 305-372-1800 / Fax: 305-372-3508

By:  /s/  Gail A. McQuilkin
      Harley S. Tropin, Esq. (Fla. Bar No. 241253)
      Email: hst@kttlaw.com
      Gail A. McQuilkin, Esq. (Fla. Bar No. 969338
      Email:  gam@kttlaw.com

**MAYER BROWN LLP**
Theresa M. Gillis, Esq.
1675 Broadway
New York, New York 10019
Email: tgillis@mayerbown.com
Telephone: 212-506-2553
Fax: 212-849-5553

**MAYER BROWN LLP**
Thomas W. Jenkins Jr., Esq.
71 S. Wacker Drive
Chicago, Illinois 60606
Email: tjenkins@mayerbrown.com
Telephone: 312-782-0600
Fax: 312-701-7711

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 11, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      By:  /s/  Gail A. McQuilkin

328765.1

36

700403352.6