UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

C.A. No. 10-20526-CIV-MORENO

VALEANT INTERNATIONAL
(BARBADOS) SRL,

          **Plaintiff,**

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—
FLORIDA, and WATSON PHARMA, INC.

          **Defendants.**

### PLAINTIFF'S NOTICE OF STRIKING PLEADING FROM DOCKET

Plaintiff hereby respectfully requests that the Clerk strike Docket Entry 144 from the docket. Due to clerical error, only one page was scanned and inadvertently attached.

          Respectfully submitted,

          **KOZYAK TROPIN & THROCKMORTON, P.A**.
          2525 Ponce De Leon Blvd., 9th Floor
          Coral Gables, Florida 33134
          Tel: 305-372-1800 / Fax: 305-372-3508

          By**:**  /s/  Gail A. McQuilkin
              Harley S. Tropin, Esq. (Fla. Bar No. 241253)
              Email: hst@kttlaw.com
              Gail A. McQuilkin, Esq. (Fla. Bar No. 969338)
              Email:  gam@kttlaw.com

          **MAYER BROWN LLP**
          Theresa M. Gillis, Esq.
          1675 Broadway
          New York, New York 10019
          Email: tgillis@mayerbown.com
          Telephone: 212-506-2553
          Fax: 212-849-5553

        **MAYER BROWN LLP**
Thomas W. Jenkins Jr., Esq.
71 S. Wacker Drive
Chicago, Illinois 60606
Email: tjenkins@mayerbrown.com
Telephone: 312-782-0600
Fax: 312-701-7711

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 12, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        By:  /s/  Gail A. McQuilkin

328765.1