UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-20526-CIV-MORENO**

VALEANT INTERNATIONAL (BARBADOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS INC., et al.,

    Defendants.
_____/

## ORDER DENYING JOINT MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM AND FOR PRIOR ACCESS TO THE COURTROOM

THIS CAUSE came before the Court upon the parties' Joint Motion for Leave to Bring Electronic Equipment into the Courtroom During Closing Arguments and for Prior Access to the Courtroom (**D.E. 147**), filed on **August 31, 2011**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as unnecessary. Each side shall have thirty (30) minutes for closing argument.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ day of September, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record