United States District Court - Southern District of Florida - Miami Division

Judge Federico A. Moreno 99 N.E. 4th Street Courtroom 4 10th floor

 

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **7** Sep 2011 10:00 AM | 11:00 AM | | 10-20526-CIV-MORENO<br>VALEANT INT'L (BARBADOS) SRL<br>  Gail McQuilkin, Esq.<br>  Harley Tropin, Esq.<br>vs.<br>WATSON PHARMACEUTICALS, INC.<br>  Darcy Jones, Esq.<br>  Jeffrey Toney, Esq.<br>(Closing Arguments on Bench Trial) |

Court Reporter: Gilda Pastor-Hernandez

Court Time: 1 hours 25 minutes