UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20526-CIV-MORENO

VALEANT INTERNATIONAL (BARBADOS)
SRL, a/k/a BIOVAIL LABORATORIES
INTERNATIONAL SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS INC., et al.,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the reasons stated in the Court's Bench Trial on **September 7, 2011**, judgment is entered in favor of the Plaintiff Valeant International (Barbados) SRL and against the Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. Florida, and Watson Pharma, Inc..

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of November, 2011.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record