UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20526-CIV-MORENO

| | |
|---|---|
| VALEANT INTERNATIONAL (BARBADOS) SRL,<br><br>      **Plaintiff,**<br><br>  vs.<br><br>WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, and WATSON PHARMA, INC.<br><br>      **Defendants.** | |

**PLAINTIFF VALEANT INTERNATIONAL (BARBADOS) SRL'S
NOTICE OF MOTION FOR AN AMENDED FINAL JUDGMENT ORDER**

Plaintiff Valeant International (Barbados) SRL ("Valeant") hereby gives notice of filing a Motion for an Amended Final Judgment Order to provide that (i) pursuant to 35 U.S.C. § 271 e(4)(A), the effective date of any approval of the bupropion hydrobromide product that is the subject of ANDA No. 91-500 and/or 20-0835 shall not be a date earlier than the latest date of expiration of the patents-in-suit, which is June 27, 2026, and (ii) pursuant to 35 U.S.C. §§271 e(4)(B) and 283, Defendants and their officers, agents, servants, employees, privies, and others acting for, on behalf of, or in concert with them are permanently enjoined from the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of the bupropion hydrobromide products that are the subject of ANDA No 91-500 and/or 200835, or any bupropion hydrobromide product not colorably different therefrom prior to the latest date of expiration of the patents-in-suit, which is June 27, 2026.

Dated:  December  2, 2011          By:   /s/   Harely S. Tropin, Esq.

**KOZYAK TROPIN & THROCKMORTION**
Harley S. Tropin, Esq.
Gail A. McQuilkin, Esq
2525 Ponce de Leon, 9th floor
Telephone: 305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com
Email: gam@kttlaw.com

**MAYER BROWN LLP**
Theresa M. Gillis, Esq
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2553
Fax: (212) 849-5553
Email: tgillis@mayerbrown.com

**MAYER BROWN LLP**
Thomas W. Jenkins Jr.
71 S. Wacker Drive
Chicago, IL  60606
Telephone: (312) 701-7104
Fax: (312) 706-8598
Email: tjenkins@mayerbrown.corn

**Attorneys for Plaintiff Valeant International (Barbados) SRL**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 2, 2011, we electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

By:  s/  Harley S. Tropin, Esq.

#333200/mc(3985.101)