UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20526-CIV-MORENO/BROWN

VALEANT INTERNATIONAL (BARBADOS)
SRL,

Plaintiff,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—FLORIDA,
and WATSON PHARMA, INC.

    Defendants.                         /

## NOTICE OF APPEAL BY DEFENDANTS

Pursuant to 28 U.S.C. § 1295 and Fed. R. App. P. 3 and 4, Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. – Florida, and Watson Pharma, Inc. hereby respectfully appeal to the United States Court of Appeals for the Federal Circuit from the District Court's entry of Final Judgment dated November 7, 2011 (Docket No. 156), and entry of Amended Final Judgment dated November 8, 2011 (Docket No. 159), as well as from all underlying and related Orders, Opinions, Decisions, and Rulings related thereto, including but not limited to the District Court's Memorandum Opinion dated November 7, 2011 (Docket No. 155), Amended Memorandum Opinion dated November 8, 2011 (Docket No. 158), Order on Defendants' Motion to Compel Production of Joint Defense Agreement dated August 30, 2010 (Docket No. 70), and Supplemental Order Concerning Legal Authority Submitted in Support of Defendants' Motion to Compel Production of Joint Defense Agreement dated August 31, 2010 (Docket No. 71).

Dated: December 7, 2011

Respectfully submitted,

By: s/ Janet T. Munn
Janet T. Munn
Email: jmunn@rascoklock.com
Florida Bar No. 501281
*Rasco Klock, et al.*
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone: 305.476.7101
Facsimile: 305.476.7102

AND

By: s/ John L. North
John L. North, Esq.
*(admitted pro hac vice)*
Email: jnorth@kasowitz.com
Jeffrey J. Toney, Esq.
*(admitted pro hac vice)*
Email: jtoney@kasowitz.com
Darcy L. Jones, Esq.
*(admitted pro hac vice)*
Email: djones@kasowitz.com
Meghan M. Rachford, Esq.
*(admitted pro hac vice)*
Email: mrachford@kasowitz.com
*Kasowitz, Benson, Torres & Friedman LLP*
1360 Peachtree Street, N.E.,
Suite 1150
Atlanta, GA 30309
Telephone: 404.260.6105
Facsimile: 404.260.6081

AND

By: s/ Norman E. B. Minnear
Norman E.B. Minnear, Esq.
*(admitted pro hac vice)*
Email: jminnear@kasowitz.com
*Kasowitz, Benson, Torres & Friedman LLP*
1633 Broadway
New York, NY 10019
Telephone: 212.506.1742
Facsimile: 212.500.3563

*Attorneys for Defendants Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc. – Florida and Watson Pharma, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Janet T. Munn
Janet T. Munn

By: CM/ECF

Harley S. Tropin, Esq.
Email: hst@kttlaw.com
Gail A. McQuilkin, Esq.
Email: gam@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL 33134
Telephone: 305.372.1800
Facsimile: 305.372.3508

Theresa M. Gillis, Esq.
Email: tgillis@mayerbrown.com
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Telephone: 212.506.2553
Facsimile: 212.262.1910

Thomas W. Jenkins, Jr., Esq.
Email: tjenkins@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312.701.7104
Facsimile: 312.701.7711