UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20526-CIV-MORENO

VALEANT INTERNATIONAL
(BARBADOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—
FLORIDA, and WATSON PHARMA, INC.

    Defendants.

**PLAINTIFF VALEANT INTERNATIONAL (BARBADOS) SRL'S
SUPPLEMENT TO ITS MOTION FOR AN AMENDED FINAL JUDGMENT**

Valeant hereby supplements it motion for an amended final judgment to include certification of its good faith efforts to resolve the issues, which was inadvertently left out of its opening memorandum. Counsel for Valeant attempted to confer with Defendants prior to filing its motion. They were unable to reach agreement as the time limits imposed by Rule 59(e) of the Federal Rules of Civil Procedure approached. Since the filing of the motion, Valeant and Defendants have continued to confer in an effort to reach an agreed resolution, but have not as of yet been able to do so. Thus, Valeant respectfully submits the following Certificate of Good Faith Conference in Support of its Motion to Amend the Final Judgment.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with Defendants in good faith, but has been unable to resolve the issues.

_/s/ Tom W. Jenkins_
Thomas W. Jenkins

Dated: December 9, 2011          By: __/s/ Harley S. Tropin, Esq.__

**KOZYAK TROPIN & THROCKMORTION**
Harley S. Tropin
Gail A. McQuilkin
2525 Ponce de Leon, 9th floor
Telephone: 305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com
Email: gam@kttlaw.com

**MAYER BROWN LLP**
Theresa M. Gillis
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2553
Fax: (212) 849-5553
Email: tgillis@mayerbrown.com

**MAYER BROWN LLP**
Thomas W. Jenkins Jr.
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-7104
Fax: (312) 706-8598
Email: tjenkins@mayerbrown.com

**Attorneys for Plaintiff Valeant International (Barbados) SRL**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 9, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s/ Harley S. Tropin, Esq.