UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20526-CIV-MORENO

VALEANT INTERNATIONAL (BARBADOS) SRL, a/k/a BIOVAIL LABORATORIES INTERNATIONAL SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS INC., et al.,

    Defendants.
_____/

### ORDER DENYING MOTION FOR SECOND AMENDED FINAL JUDGMENT

THIS CAUSE came before the Court upon the Plaintiff's Motion for a Second Amended Final Judgment **(D.E. No. 160)**, filed on **December 2, 2011**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED in view of the notice of appeal **(D.E. 162)** that was filed on **December 7, 2011** divesting the district court of jurisdiction.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record