**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case Number: 10-20526-CIV-MORENO**

**VALEANT INTERNATIONAL (BARBADOS) SRL,**

**Plaintiff,**

**vs.**

**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.— FLORIDA, and WATSON PHARMA, INC.**

**Defendants.**

**PLAINTIFF VALEANT INTERNATIONAL (BARBADOS) SRL'S MOTION FOR RECONSIDERATION OF ITS MOTION FOR AN AMENDED FINAL JUDGMENT**

Valeant hereby moves this Court for reconsideration of its December 12, 2011 Order (D.E. 165) denying Valeant's December 2, 2011 Motion for an Amended Final Judgment (D.E. No. 160) and requests that the Court:

1. Amend the Final Judgment entered on November 9, 2011 (D.E. 159) to include the relief that is mandatory under 35 U.S.C. § 271(e)(4)(a); and

2. Rule on Valeant's request for relief under 35 U.S.C. §§ 271(e)(4)(B) and 283 and amend the judgment accordingly.

The grounds for the motion are fully set forth in Valeant's Memorandum in Support, filed contemporaneously herewith.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with Defendants in good faith, but has been unable to resolve the issues.

Thomas W. Jenkins

Dated: December 15, 2011

By: /s/ Harley S. Tropin, Esq.

**KOZYAK TROPIN & THROCKMORTION**
Harley S. Tropin
Gail A. McQuilkin
2525 Ponce de Leon, 9th floor
Telephone: 305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com
Email: gam@kttlaw.com

**MAYER BROWN LLP**
Theresa M. Gillis
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2553
Fax: (212) 849-5553
Email: tgillis@mayerbrown.com

**MAYER BROWN LLP**
Thomas W. Jenkins Jr.
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-7104
Fax: (312) 706-8598
Email: tjenkins@mayerbrown.com

**Attorneys for Plaintiff Valeant International (Barbados) SRL**

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on December 15, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s/ Harley S. Tropin, Esq.