UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-20526-CIV-MORENO**

VALEANT INTERNATIONAL (BARBADOS) SRL, a/k/a BIOVAIL LABORATORIES INTERNATIONAL SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS INC., et al.,

    Defendants.
_____/

### ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF ITS MOTION FOR AMENDED FINAL JUDGMENT

THIS CAUSE came before the Court upon the Plaintiff's Motion for Reconsideration of its Motion for Amended Final Judgment (**D.E. No. 166**), filed on **December 15, 2011**. It is

**ADJUDGED** that a hearing shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Friday, February 10, 2012 at 2:00 PM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2012.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record