UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  10-20526-CIV-MORENO

VALEANT INTERNATIONAL
(BARBADOS) SRL,

      Plaintiff,

  vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—
FLORIDA, and WATSON PHARMA, INC.

      Defendants.

**NOTICE OF APPEAL BY PLAINTIFF**

On November 8, 2011, the Court entered judgment in favor of Valeant International (Barbados) SRL ("Valeant") and against the Watson defendants. (Dkt. No. 159). That judgment was not final as it addressed only liability issues and did not provide any relief to Valeant.

On December 2, 2011, Valeant timely moved, under Federal Rules of Civil Procedure 59(e) and 60, to include in the judgment adjudication of its requests for mandatory relief pursuant to 35 U.S.C. § 271(e)(4)(A) and for injunctive relief under 35 U.S.C. §§ 271(e)(4)(B) and 283. (Dkt. No. 160) (hereinafter "combined Rule 59/60 motion"). On December 7, 2011, before the Court had entered a final appealable order and while Valeant's motion was pending, the Watson defendants prematurely filed a notice of appeal. (Dkt. No. 162). The Court denied Valeant's combined Rule 59/60 motion without addressing the merits of it, stating that Watson's premature notice of appeal had divested the Court of jurisdiction. (Dkt. No. 165). On December 15, 2011 Valeant filed a motion asking the Court to reconsider its December 12, 2011 Order,

1

(Dkt. Nos. 166 and 167), Watson opposed (Dkt. No. 170), and Valeant replied (Dkt. No. 172). That motion is pending.

On January 9, 2012, Valeant filed a motion in the United States Court of Appeals for the Federal Circuit to dismiss the appeal because the Court's Amended Final Judgment was not final, in that it did not provide the mandatory relief pursuant to 35 U.S.C. §271(e)(4)(A) or resolve Valeant's pending requests for injunctive relief under 35 U.S.C. §§271(e)(4)(B) and 283. Valeant alternatively requested that the Federal Circuit deactivate the appeal so that the Court could rule upon the substance of Valeant's combined Rule 59/60 motion and motion for reconsideration. That motion is pending before the Federal Circuit.

Valeant believes that any appeal in this case is premature and ineffective until the District Court provides a final appealable order and substantively rules on its pending Rule 59/60 motion. Nonetheless, to preserve and protect its rights to appeal from the Court's December 12, 2011 Order, Valeant submits the following notice of appeal:

Pursuant to 28 U.S.C. § 1295 and Fed. R. App. P. 3 and 4, Valeant hereby respectfully appeals to the United States Court of Appeals for the Federal Circuit from the District Court's December 12, 2011 Order denying Valeant's Motion for Amended Judgment (Dkt No. 165), as well as from all underlying and related Orders, Opinions, Decisions, and Rulings related thereto.

Dated: January 11, 2012         By: __/s/  Harley S. Tropin, Esq._____

**KOZYAK TROPIN & THROCKMORTION**
Harley S. Tropin
Gail A. McQuilkin
2525 Ponce de Leon, 9th floor
Telephone: 305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com

Email: gam@kttlaw.com

**MAYER BROWN LLP**
Theresa M. Gillis
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2553
Fax: (212) 849-5553
Email: tgillis@mayerbrown.com

**MAYER BROWN LLP**
Thomas W. Jenkins Jr.
71 S. Wacker Drive
Chicago, IL  60606
Telephone: (312) 701-7104
Fax: (312) 706-8598
Email: tjenkins@mayerbrown.corn

**Attorneys for Plaintiff Valeant International (Barbados) SRL**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: s/ Harley S. Tropin, Esq.

By CM/ECF

Janet T. Munn
Rasco Klock, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, Florida 33134

John L. North
Jeffrey J. Toney
Darcy L. Jones
Meghan M. Rachford
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, Georgia 30309

Norman E.B. Minnear
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019