**Feb. 6, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 01, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 12-10217-B
Case Style: Valeant Int'l (Barbados) v. Watson Pharmaceuticals, et al
District Court Docket No: 1:10-cv-20526-FAM

The enclosed copy of the Clerk's Entry of Dismissal because the appeal was erroneously docketed is issued as the mandate of this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 12-10217-B

_____

VALEANT INTERNATIONAL (BARBADOS) SRL,
a.k.a. Biovail Laboratories International SRL,

            Plaintiff - Counter Claimant -
            Counter Defendant - Appellee
            Cross Appellant,

versus

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. - FLORIDA,
WATSON PHARMA, INC.,

            Defendants - Counter Defendants -
            Counter Claimants - Appellants
            Cross Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: This appeal is was erroneously docketed as to Valeant International (Barbados) SRL by the Eleventh Circuit Court of Appeals and is hereby dismissed, effective February 01, 2012.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Melanie Gaddis, B, Deputy Clerk

FOR THE COURT - BY DIRECTION