# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2012-1202 - VALEANT INTERNATIONAL V WATSON PHAR

Date of docketing: 02/09/2012

Appeal from: United States District Court/ Southern District of Florida
case no. 10-CV-20526

Cross-appellant(s): Valeant International (Barbados) SRL (a/k/a Biovail Lab)

FILED by _____ D.C.
FEB 13 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)* See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.

Jan Horbaly
Clerk

cc: US District Court, Southern District of Florida
James F. Hurst
Theresa Marie Gillis

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: February 9, 2012

Official Caption[1]

2012-1117, -1202

VALEANT INTERNATIONAL (BARBADOS) SRL
(also known as Biovail Laboratories International SRL),

Plaintiff-Cross Appellant,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. – FLORIDA,
And WATSON PHARMA, INC.,

Defendants-Appellants.

Appeals from the United States District Court for the Southern District of Florida in case no. 10-CV-20526, Chief Judge Federico A. Moreno.

Authorized Abbreviated Caption[2]

VALEANT INTERNATONAL V WATSON PHAR, 2012-1117, -1202

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

__x__ United States District Court for the __Federal Circuit__
____ United States Court of International Trade
____ United States Claims Court

**2012-1202**

Type of case: __35:0271 Patent Infringment__

Valeant International (Bardados) SRL      v.   Waatson Pharmaceuticals Inc

*Plaintiff(s)*                  *Defendant(s)*

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
FEB -9 2012
JAN HORBALY
CLERK

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No.   __1:10cv20526-FMA__        Date of Judgment or Order   __12/12/2011__

Cross or related appeal?   __2012-1117__        Date of Notice of Appeal   __1/11/2012__

Appellant is:  _x_ Plaintiff   ___ Defendant   ___ Other (explain).

FEES:  Court of Appeals Docket Fee Paid?   _X_ Yes   ___ No
U.S. Appeal?   _x_ Yes   ___ No
In forma pauperis?   ___ Granted   ___ Denied   ___ Revoked   ___ Pending   ___ Never requested

RECEIVED
FEB -2 2012
United States Court of Appeals
For The Federal Circuit

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

__See Attached__

COURT REPORTER (Name and telephone): _____

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.