## United States District Court - Southern District of Florida - Miami Division

Judge Federico A. Moreno 99 N.E. 4th Street Courtroom 4 10th floor

 

## 🕐 Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **10** Feb 2012  2:00 PM | 3:00 PM | Hearing on Motion | 10-20526-CIV-MORENO  VALEANT INTERNATIONAL SRL     Clinton Brannon, Esq.     Gail McQuilkin, Esq.     Matthew Greinert, Esq.     Harley Tropin, Esq.  vs.  WATSON PHARMACEUTICALS, INC., ET. AL.     Darcy Jones, Esq.     Janet Munn, Esq.     Norman Minnear, Esq.     John North, Esq.     Michael Padden, Esq.    Hearing on Motion for Final Amended Judgment |

Court Reporter: Gilda Pastor-Hernandez

Time: 26 minutes