UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  10-20526-CIV-MORENO

| | |
|---|---|
| VALEANT INTERNATIONAL (BARBADOS) SRL,<br><br>    Plaintiff,<br><br>vs.<br><br>WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.—FLORIDA, and WATSON PHARMA, INC.<br><br>    Defendants. | |

**PLAINTIFF VALEANT INTERNATIONAL (BARBADOS) SRL'S
NOTICE OF STRIKING DOCKET ENTRY NO. 184**

   Plaintiff, Valeant International (Barbados) SRL, hereby gives notice of striking Docket Entry No. 184, Motion for Injunctive Relief, dated February 22, 2012, due to a clerical error.

Dated:  February 22, 2012         By:   /s/  Harley S. Tropin, Esq.

**KOZYAK TROPIN & THROCKMORTION**
Harley S. Tropin
Gail A. McQuilkin
2525 Ponce de Leon, 9th floor
Telephone: 305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com
Email: gam@kttlaw.com

**MAYER BROWN LLP**
Theresa M. Gillis
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2553
Fax: (212) 849-5553
Email: tgillis@mayerbrown.com

**MAYER BROWN LLP**
Thomas W. Jenkins Jr.
71 S. Wacker Drive
Chicago, IL  60606
Telephone: (312) 701-7104
Fax: (312) 706-8598
Email: tjenkins@mayerbrown.corn

**Attorneys for Plaintiff Valeant International (Barbados) SRL**

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on February 22, 2012, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s/ Harley S. Tropin, Esq.