UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-20526-CIV-MORENO**

VALEANT INTERNATIONAL (BARBADOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC., and
WATSON LABORATORIES, INC. -- FLORIDA,
and WATSON PHARMA, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION AND ORDERING ADDITIONAL BRIEFING

THIS CAUSE came before the Court upon Plaintiff's Motion for Reconsideration **(D.E. No. 166)**, filed on **December 15, 2011**.

THE COURT has considered the motion, the response, oral argument, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion for reconsideration is GRANTED for the reasons stated in open court. It is also

**ADJUDGED** that the parties shall file additional briefing on whether the Court should issue an injunction pursuant to 35 U.S.C. § 271(e)(4)(B). Plaintiff's brief shall be filed on **February 22, 2012** and the Defendants may file a response by no later than **February 29, 2012**.

DONE AND ORDERED in Open Court on February 10, 2012 and signed in Chambers in Miami, Florida, this 22 day of February, 2012.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record