UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 10-20526-CIV-MORENO**

VALEANT INTERNATIONAL (BARBADOS) SRL,

    Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC. -- FLORIDA, and WATSON PHARMA, INC.,

    Defendants.
_____/

## SECOND AMENDED FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the Court's Amended Final Judgment, the Court hereby issues a Second Amended Final Judgment in favor of the Plaintiff. It is

**ADJUDGED** that pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of the bupropion hydrobromide product that is the subject of ANDA Nos. 091500 and/or 200835 shall not be a date earlier than the latest date of expiration of U.S. Patent Nos. 7,569,610, 7,649,019, and/or 7,649,823.

DONE AND ORDERED in Open Court on February 10, 2012 and signed in Miami, Florida, this 22 day of February, 2012.

                                                                         FEDERICO A. MORENO
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record