UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20526-CIV-MORENO/BROWN

VALEANT INTERNATIONAL (BARBADOS) SRL,

Plaintiff,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.—FLORIDA,
and WATSON PHARMA, INC.

    Defendants.
_____/

DEFENDANTS' NOTICE OF CHANGE OF FIRM ADDRESS
FOR COUNSEL JOHN L. NORTH, JEFFREY J. TONEY,
DARCY L. JONES AND MEGHAN M. RACHFORD

NOTICE IS HEREBY GIVEN that the address and contact information has changed for certain counsel who represent Defendants WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.-FLORIDA AND WATSON PHARMA, INC. (collectively "Watson"). Effective immediately, all papers, pleadings, electronic filings, correspondence and communications directed to **John L. North, Jeffrey J. Toney, Esq., Darcy L. Jones and Meghan M. Rachford,** should be directed to:

John L. North
Jeffrey J. Toney
Darcy L. Jones
Meghan M. Rachford
Kasowitz, Benson, Torres & Friedman LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Phone: (404) 260-6080
Fax:     (404) 260-6081
Email:   jnorth@kasowitz.com; jtoney@kasowitz.com; djones@kasowitz.com; and
mrachford@kasowitz.com

**CASE NO.:  10-20526-CIV-MORENO/BROWN**

Dated:  February 29, 2012

                                                               s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy: 305.476.7102

AND

John L. North, Esq.
(*admitted pro hac vice*)
Email:  jnorth@kasowitz.com
Jeffrey J. Toney, Esq.
(*admitted pro hac vice*)
Email:  jtoney@kasowitz.com
Darcy L. Jones, Esq.
(*admitted pro hac vice*)
Email:  djones@kasowitz.com
Meghan M. Rachford, Esq.
(*admitted pro hac vice*)
Email: mrachford@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Telephone:  404.260.6105
Facsimile:  404.260.6081

*ATTORNEYS FOR DEFENDANTS
WATSON PHARMACEUTICALS, INC.;
WATSON LABORATORIES, INC.-
FLORIDA and WATSON PHARMA, INC.*

CASE NO.: 10-20526-CIV-MORENO/BROWN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        s/ Janet T. Munn
                                                        Janet T. Munn

SERVICE LIST

Harley Tropin, Esq.
Email:  hst@kttlaw.com
Gail A. McQuilkin, Esq.
Email:  gam@kttlaw.com
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard, Suite 900
Coral Gables, FL 33134-6036
Telephone: 305.372.1800
Facsimile: 305.372.3508

Theresa M. Gillis, Esq.
Email:  tgillis@mayerbrown.com
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Telephone: 212.506.2553
Facsimile:  212.262.1910

Thomas W. Jenkins, Jr., Esq.
Email:  tjenkins@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312.701.7104
Facsimile: 312.701.7711