UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20526-CIV-MORENO

VALEANT INTERNATIONAL (BARBADOS) SRL,

      Plaintiff,

vs.

WATSON PHARMACEUTICALS, INC., and
WATSON LABORATORIES, INC. -- FLORIDA,
and WATSON PHARMA, INC.,

      Defendants.
_____/

## ORDER STRIKING MOTION FOR INJUNCTIVE RELIEF (D.E. No. 184)

THIS CAUSE came before the Court upon the Plaintiff Valeant International (Barbados) SRL'S Notice of Striking Docket Entry 184 **(D.E. No. 186)**, filed on **February 22, 2012**.

THE COURT has considered the notice and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Court STRIKES the motion for injunctive relief at D.E. No. 184. Plaintiff's Motion for Injunctive Relief at D.E. No. 187 remains pending.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2012.

                                                                     FEDERICO A. MORENO
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record