# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2012-1307 - VALEANT INTERNATIONAL V WATSON PHAR

FILED by CLG D.C.

APR 11 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Date of docketing:** 04/09/2012

**Appeal from:** United States District Court / Southern District of Florida
case no. 10-CV-20526

**Appellant(s):** Watson Laboratories, Inc. - Florida, Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) [Only in cases where all parties are represented by counsel. See the en banc order dated September 18, 2006, and guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)* See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption
- Rules of Practice (to pro se parties only)
- Required forms (to pro se parties only):
    - Entry of Appearance
    - Informal Brief
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis form (only to appellants owing the docketing fee)

Counsel may download the Rules of Practice and required forms at www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Jan Horbaly
Clerk

cc: US District Court, Southern District of Florida
    James F. Hurst
    Theresa Marie Gillis

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: April 9, 2012**

Official Caption[1]

2012-1117, -1202, -1307

VALEANT INTERNATIONAL (BARBADOS) SRL
(also known as Biovail Laboratories International SRL),

Plaintiff-Cross Appellant,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. – FLORIDA,
And WATSON PHARMA, INC.,

Defendants-Appellants.

Appeals from the United States District Court for the Southern District of Florida in case no. 10-CV-20526, Chief Judge Federico A. Moreno.

Authorized Abbreviated Caption[2]

**VALEANT INTERNATIONAL V WATSON PHAR, 2012-1117, -1202, -1307**

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.